<u>DEFENDANT</u>:        Alan Timothy Hershey

<u>YEAR OF BIRTH</u>:        1965

<u>ADDRESS</u>:        Gilcrest, Colorado

<u>COMPLAINT FILED</u>?        _____ YES    X    NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:
    IF NO, PROCEED TO "OFFENSE" SECTION

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?        _____ YES    X    NO

    IF NO, A NEW WARRANT IS REQUIRED

<u>OFFENSE</u>:    <u>COUNT ONE</u>: Title 18, United States Code, Section §371 - Conspiracy to Defraud the United States

    <u>COUNTS TWO-ELEVEN</u>: Title 26, United States Code, Section 7201 - Evasion.

<u>LOCATION OF OFFENSE</u> (COUNTY/STATE):    Weld County, Colorado

<u>PENALTY</u>:    <u>COUNT ONE</u>: NMT 5 years, NMT $250,000.00 fine, or both; NMT 3 years Supervised Release Term; and $100 Special Assessment Fee.

    <u>COUNTS TWO THROUGH ELEVEN</u>: NMT 5 years, NMT $100,000.00 fine, or both; NMT 3 years Supervised Release Term; and $100 Special Assessment Fee.

<u>AGENT</u>:        Michael Garvey, Special Agent
        IRS – Internal Revenue Service

<u>AUTHORIZED BY</u>:        Linda Kaufman
        Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

_____ five days or less     X    over five days      _____ other

<u>THE GOVERNMENT</u>

   X    will seek detention in this case        _____ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:        _____ Yes     X    No