DEFENDANT:        Renee Molinar

YEAR OF BIRTH:    1968

ADDRESS:          Johnstown, Colorado

COMPLAINT FILED?  _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____ YES __X__ NO

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:    COUNT ONE: Title 18, United States Code, Section §371 - Conspiracy to Defraud the United States

LOCATION OF OFFENSE (COUNTY/STATE):   Weld County, Colorado

PENALTY:    COUNT ONE: NMT 5 years, NMT $250,000.00 fine, or both; NMT 3 years Supervised Release Term; and $100 Special Assessment Fee.

AGENT:      Michael Garvey, Special Agent
            IRS – Internal Revenue Service

AUTHORIZED BY:   Linda Kaufman
                 Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

____ five days or less   __X__ over five days   ____ other

THE GOVERNMENT

____ will seek detention in this case    __X__ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   ____ Yes   __X__ No