AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 14-cr-00281-CMA |
| ALAN TIMOTHY HERSHEY | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Alan Timothy Hershey                                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   Conspiracy to Defraud the United States; Evasion.  (18 U.S.C. §§ 371; 26 U.S.C. § 7201; and 18 U.S.C. § 2)

Date:     07/03/2014                                                                                s/A. Thomas, Deputy Clerk
                                                                                                *Issuing officer's signature*

City and state:     Denver, Colorado                                                 Jeffrey P. Colwell, Clerk of Court
                                                                                                *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                                                _____
                                                                                                *Arresting officer's signature*

                                                                                                _____
                                                                                                *Printed name and title*