IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 3 2014

JEFFREY P. COLWELL
CLERK

Criminal Action No. 14-cr-00281-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALAN TIMOTHY HERSHEY
2. RENEE MOLINAR

    Defendants.

### RESTRICTED LEVEL 3

### MOTION TO RESTRICT CASE

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves the Court for an Order restricting the above referenced case, and any order resulting from the Indictment in this matter. The Government requests a "Level 3" Restriction which would make the entire case, including the Indictment and all documents, and any order regarding the contents of these documents, "Viewable by Filer & Court" only, and as grounds therefor submits the following:

    1.    Said Indictment, Arrest Warrants, and this Motion have been filed as a part of a continuing investigation.

    2.    The release of the information in the Indictment, Arrest Warrants, and this Motion may substantially jeopardize the ongoing investigation based on concerns of destruction of evidence, flight from prosecution, and other obstructive conduct.

WHEREFORE, it is respectfully requested that the Indictment, Arrest Warrants, as well as this motion, and any order issued by this Court with regard to the Indictment be sealed until the arrest of the first defendant in this case.

Respectfully submitted this 3rd day of July, 2014.

          JOHN F. WALSH
          United States Attorney


       By *s/ Linda Kaufman*
          LINDA KAUFMAN
          Assistant United States Attorney
          U.S. Attorney's Office
          1225 17th St., Suite 700
          Denver, CO 80202
          Telephone (303) 454-0100
          Fax (303) 454-0401
          E-mail: Linda.Kaufman@usdoj.gov
          Attorney for the Government