IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00281-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    ALAN TIMOTHY HERSHEY
2.    RENEE MOLINAR

      Defendants.

## RESTRICTED LEVEL 3

## ORDER TO RESTRICT CASE

The Court has for consideration the Government's Motion to Restrict Case in the above captioned matter. Upon consideration,

IT IS ORDERED that the above referenced case, including the Government's Motion to Restrict Case, this Order, the Indictment and Arrest Warrants, as well as any order issued by this Court are hereby restricted until the arrest of the first defendant.

IT IS SO ORDERED on this 7th day of July, 2014.

BY THE COURT:

_____
MAGISTRATE JUDGE
U.S. DISTRICT COURT OF COLORADO