AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| U.S.A. <br> *Plaintiff* <br> v. <br> RENEE MOLINAR <br> *Defendant* | ) ) ) ) ) <br> Case No. 14 CR 281 CMA-2 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RENEE MOLINAR

Date: 7/14/2014

*Attorney's signature*

VICTOR FRANCIS BOOG, ATTY NO. 2561
*Printed name and bar number*

3333 S. WADSWORTH BLVD., SUITE D201
LAKEWOOD, CO     Address    80227

vfbfirm@vfblaw.com
*E-mail address*

303-986-5769
*Telephone number*

303-985-3297
*FAX number*