IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-cr-00281-CMA

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.

**1.    ALAN TIMOTHY HERSHEY**
**2.    RENEE MOLINAR**

      Defendants.

_____

ENTRY OF APPEARANCE

_____

COMES NOW, Amanda B. Cruser and enters her appearance on behalf of Renee Molinar

for all purposes in the above-captioned case.

Respectfully submitted,

_____s/ Amanda B. Cruser_____
AMANDA B. CRUSER, #30601
Boog & Cruser, P.C.
3333 S. Wadsworth Blvd., Suite D-201
Lakewood, Colorado 80227
Telephone:  (303) 986-5769
Fax:  (720) 242-8907
abcruser@vfblaw.com
Attorney for Defendant Renee Molinar

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2014, I electronically filed the foregoing ENTRY OF

APPERANCE with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the following email addresses:

AUSA Linda Kaufman
E-Mail:  linda.kaufman@usdoj.gov

<div style="margin-left:50%">

s/ Amanda B. Cruser
AMANDA B. CRUSER, #30601
Boog & Cruser, P.C.
3333 S. Wadsworth Blvd., Suite D-201
Lakewood, Colorado 80227
Telephone:  (303) 986-5769
Fax:  (720) 242-8907
abcruser@vfblaw.com
Attorney for Defendant Renee Molinar

</div>