IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   14-CR-281-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     **ALAN TIMOTHY HERHEY,**
2.     **RENEE MOLINAR,**

      Defendants.

---

### ORDER GRANTING PLAINTIFF'S MOTION TO DISCLOSE MATTERS OCCURRING BEFORE GRAND JURY TO DEFENDANTS

---

This matter is before the Court on Plaintiff's Motion to Disclose Matters Occurring Before Grand Jury to Defendant (Doc. 18), pursuant to Fed. R. Crim. P. 6 (e) (3) (E) (i). Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that Plaintiff's motion is granted. Testimony of witnesses before the grand jury and exhibits presented to the grand jury may be disclosed to the defendants and their counsel in the course of discovery in this case.   It is further

ORDERED that such materials shall only be used in defending this case; that such materials may be disclosed only to the defendants and their attorneys; that if copies are made, the defendants' attorneys shall maintain custody of such copies, and shall not reproduce or disseminate them; and that any material provided pursuant to this Order shall be returned to the plaintiff at the completion of the case.

DATED: _____  ____, 2014.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
UNITED STATES DISTRICT JUDGE