## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-000281-CMA-1   )
                                          )
UNITED STATES OF AMERICA,                 )
                                          )
      Plaintiff,                         )
                                          )
v.                                        )
                                          )
1. ALAN TIMOTHY HERSHEY,                  )
                                          )
      Defendant.                         )

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Michael F. Arvin, a Member in Good Standing of the Bar of this Court, and enters his appearance on behalf of defendant Alan Timothy Hershey in the above-captioned matter.

Respectfully submitted,

Dated: July 16, 2014      by: /s/ Michael F. Arvin
    Michael F. Arvin
    Michael F. Arvin, Attorney, PC
    3773 Cherry Creek North Drive
    Suite 575
    Denver, Colorado 80209
    Telephone: (303) 629-6640
    FAX:      (303) 629-6679
    E-mail: arvinlawoffices-ecf@arvin-denver.com
    Attorney for Defendant Alan Timothy Hershey

## CERTIFICATE OF SERVICE

   I hereby certify that on this 16th day of July, 2014, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Linda.Kaufman@usdoj.gov

Linda Kaufman
Assistant U.S. Attorney
1225 17th St., Suite 700
Denver, Colorado 80202
Attorney for the Government


abcruser@vfblaw.com

Amanda B. Cruser
Boog & Cruser, P.C.
3333 S. Wadsworth Blvd., D-201
Lakewood, CO 80227
Phone: (303) 986-5769
Fax: (303) 985-3297
Attorney for Defendant Renee Molinar


        s/ Michael F. Arvin
        Michael F. Arvin
        Michael F. Arvin, Attorney, PC
        3773 Cherry Creek North Drive, Suite 575
        Denver, Colorado 80209
        Telephone: (303) 629-6640
        FAX: (303) 629-6679
        E-mail: arvinlawoffices-ecf@arvin-denver.com
        Attorney for Defendant Alan Timothy Hershey