## Funding for 512 12th Street, Gilcrest

| 8/19/05 | Cashier Check payable to Greenpoint Mortgage | $128,002.98 |
|---|---|---|

## Deposits to CBRI, Inc. Account:

| 8/8/05 | $1,056.55 | Balance |
|---|---|---|
| 8/16/05 | $9,999.00 | Cash |
| 8/17/05 | $9,999.00 | Cash |
| 8/18/05 | $3,241.74 | Bruce Thompson |
| 8/18/05 | $9,999.00 | Cash |
| 8/19/05 | $9,999.00 | Cash |
| 8/19/05 | $30,000.00 | Transfer from Renee Molinar account |
| 8/19/05 | $57,000.00 | Wire from Renee Molinar dba Johnstown Liquor account |



GOVERNMENT EXHIBIT
2
7/17/14