## Funding for 4403 Quartz Lane

| 12/27/05 | Money Order to Colorado Prestige Escrow | $164,827.27 |
|---|---|---|

## Deposits to Charles Reichert Account

| 10/20/05 | $200,000.00 | Transfer from Gilcrest Liquor, Inc. account |
|---|---|---|

## Previous Deposits to Gilcrest Liquor Inc. Account

| 10/3/05 | $39,866.15 | Third Party Checks |
| 10/4/05 | $39,104.06 | Third Party Checks |
| 10/5/05 | $49,925.57 | Third Party Checks |
| 10/7/05 | $57,464.30 | Third Party Checks |
| 10/12/05 | $40,392.85 | Third Party Checks |



GOVERNMENT EXHIBIT 3 7/17/14