# Order Summary Report - 5472023

Apr 16, 2012

**Order Shipped**

$294,964.03

USER
487371
timh659@yahoo.com
hershey, alan
127.0.01

BILLING
Alan Hershey
21 S PARISH AVE
JOHNSTOWN, CO  80534-9099 USA

SHIPPING
Alan Hershey
21 S PARISH AVE
JOHNSTOWN, CO  80534-9099 USA

Special Instructions: Lorrie ext 163
Per Ed, ok to mark down 11951 to $29.99 over spot price and 27 to best tier. Already done.
Would like product #20 to be all Engelhard if possible

| How Heard | Flagged | # Prev Orders | # Cancelled orders | Date Account Opened |
|---|---|---|---|---|
| Not Set | NO | 2 | 0 | 4/13/2012 |

| Qty | Pulled | Checked | M.M. | Item Number | Description | Web ID | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|---|
| 15 | | | Y | SOSM(SALE- | 100 oz Engelhard or Johnson Matthey Silver Bar .999 Fine | 20 | $3,234.00 | $48,510.00 |
| | | | | | Based on Silver spot price of $31.55 | | | |
| 127 | | | Y | 1GBAR-PAMP W/CARD | 1 oz Pamp Suisse Gold Bar .9999 Fine (In Assay) | 11951 | $1,684.49 | $213,930.23 |
| | | | | | Based on Gold spot price of $1,654.50 | | | |
| 20 | | | Y | 1PLATBAR-CS | 1 oz Credit Suisse Platinum Bar (W/Assay) .999+ Fine | 49174 | $1,626.19 | $32,523.80 |
| | | | | | Based on Platinum spot price of $1,576.20 | | | |

Payment Type (2) Bank Wire
Credit Card Info:                                    Visa
No.: XXXX XXXX XXXX                              /

Subtotal: $294,964.03
Shipping: $0.00
Int'l Ship Cost: $0.00
Taxes: $0.00
Coupon Discount: $0.00
Ext Area Surcharge: $0.00

Order Total: $294,964.03
Paid on: 04/17/2012     $294,964.03

Admin Notes:

| Carrier | Tracking Number | Ship Date | Name |
|---|---|---|---|
| #Error | 343450860752328 | 04/18/2012 | System User |
| #Error | 343450860752304 | 04/18/2012 | System User |
| #Error | 489881424065 | 04/18/2012 | System User |
| #Error | 489881424076 | 04/18/2012 | System User |
| #Error | 489881424043 | 04/18/2012 | System User |
| #Error | 489881424054 | 04/18/2012 | System User |

**Notes**

4/18/2012 2:25:01 PM By User,System
   Status Changed to Order Shipped

4/18/2012 2:25:01 PM By User,System
   Status Changed to Order Shipped



GOVERNMENT EXHIBIT
5
7/17/14

# Order Summary Report - 5483102

**Order Shipped**

Apr 23, 2012

$164,350.82

| USER | BILLING | SHIPPING |
|---|---|---|
| 487371 | Alan Hershey | Alan Hershey |
| timh659@yahoo.com | 21 S PARISH AVE | 21 S PARISH AVE |
| hershey, alan | JOHNSTOWN, CO 80534- | JOHNSTOWN, CO 80534- |
| 127.0.01 | 9099 USA | 9099 USA |

Special Instructions: Lorrie ext 163
per Ed, ok to go to best volume on product id# 6 and #49174. Already done.
Please have id# 6 as all Engelhard if possible

| How Heard | Flagged | # Prev Orders | # Cancelled orders | Date Account Opened |
|---|---|---|---|---|
| Not Set | NO | 2 | 0 | 4/13/2012 |

| Qty | Pulled | Checked | M.M. | Item Number | Description | Web ID | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|---|
| 6 | | | Y | SOSM(SALE- | 100 oz Engelhard or Johnson Matthey Silver Bar .999 Fine | 20 | $3,150.00 | $18,900.00 |
| | | | | | Based on Silver spot price of $30.71 | | | |
| 73 | | | Y | 1GBAR-HERAEUS | 1 oz Argor-Heraeus Gold Bar .9999 Fine | 45453 | $1,661.39 | $121,281.47 |
| | | | | | Based on Gold spot price of $1,631.40 | | | |
| 15 | | | Y | 1PLATBAR-CS | 1 oz Credit Suisse Platinum Bar (W/Assay) .999+ Fine | 49174 | $1,611.29 | $24,169.35 |
| | | | | | Based on Platinum spot price of $1,556.30 | | | |

| | |
|---|---|
| Payment Type (2) Bank Wire | |
| Credit Card Info:   Visa | |
| No.: XXXX XXXX XXXX   / | |

| | |
|---|---|
| Subtotal: | $164,350.82 |
| Shipping: | $0.00 |
| Int'l Ship Cost: | $0.00 |
| Taxes: | $0.00 |
| Coupon Discount: | $0.00 |
| Ext Area Surcharge: | $0.00 |
| Order Total: | $164,350.82 |
| Paid on: 04/24/2012 | $164,350.82 |

Admin Notes:

| Carrier | Tracking Number | Ship Date | Name |
|---|---|---|---|
| #Error | 343450860764055 | 04/25/2012 | System User |
| #Error | 343450860764079 | 04/25/2012 | System User |

**Notes**

4/25/2012 12:25:00 PM By User,System

    Status Changed to Order Shipped

4/25/2012 12:05:22 PM By Combs,Stanley

    Status changed to Order Wrapped Package ID: 265557

4/25/2012 11:52:00 AM By Graham,Taylor

    Status changed to Order Wrapped Package ID: 265551

4/25/2012 11:50:35 AM By Shock,Chris

    Status Changed to Order Double Checked