**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 14-cr-00281-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1. ALAN TIMOTHY HERSHEY
    2. RENEE MOLINAR

    Defendants.

---

**ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT
AND SET STATUS CONFERENCE**

---

This matter is before the Court on Defendant's Unopposed Motion for Declaration of Complexity and to Exclude Time Within Which the Trial for the Offenses Charged in the Indictment Must Commence Pursuant to 18 U.S.C. § 3161 (h) 180 Days From The Speedy Trial Act (Doc. # 26).  The Court has reviewed this motion and the case file, and the reasons set forth in the motion, specifically:

    1.  Given the voluminous nature of the discovery in the case, a significant amount of which is yet to be produced at this date, there will not be enough time for undersigned counsel to review and digest the discovery in order to prepare timely pretrial motions, or adequately prepare for trial, if the current Speedy Trial deadlines are adhered to.

2. The case will require thorough defense investigation, careful review of voluminous discovery, locating and interviewing potential witnesses ( those already identified and interviewed by the Government (27) and others who would serve solely as defense witnesses), and reviewing Internal Revenue Service practices and procedures.

3. The Defendants may need to locate and retain their own expert(s), who will, in turn, also need to review large portions of the discovery.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendant in a speedy trial.  It is, therefore,

ORDERED that Defendant's Unopposed Motion for Declaration of Complexity and to Exclude Time Within Which the Trial for the Offenses Charged in the Indictment Must Commence Pursuant to 18 U.S.C. § 3161 (h) 180 Days From The Speedy Trial Act (Doc. # 26) is GRANTED and the Court hereby grants an ends of justice continuance in this case of <u>180 days, which shall be excluded from the speedy trial clock, which currently stands at September 29, 2014</u>.  It is

FURTHER ORDERED that a Status Conference is set for November 18, 2014 at 3:30 PM, in Courtroom A602, before Judge Christine M. Arguello.

Dated: August 4, 2014

                                BY THE COURT:

                                _____
                                CHRISTINE M. ARGUELLO
                                United States District Judge