IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-281-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,
v.

1. **ALAN TIMOTHY HERSHEY,**
2. RENEE MOLINAR,

    Defendants.

_____

**PLAINTIFF'S NOTICE OF INTENT TO FILE RESPONSE TO DEFENDANT ALAN TIMOTHY HERSHEY'S MOTION FOR REVOCATION OF DETENTION ORDER AND THE SETTING OF CONDITIONS OF RELEASE (Doc. 29)**
_____

The United States of America, by John F. Walsh, United States Attorney for the District of Colorado, and Assistant United States Attorney Linda Kaufman, hereby respectfully notifies the Court and counsel as follows:

1. The undersigned Assistant United States Attorney is currently out of town, but has been notified that the defendant has filed his motion to revoke the detention order in this case.

2. The government intends to file a substantive response to said motion, opposing the requested revocation of detention order, on or before Tuesday, August 19, 2014.

3. The defendant has requested a *de novo* review pursuant to 18 U.S.C. §3145(b) of Magistrate Judge Boland's order of detention. Although the Court must therefore conduct a *de novo* review without deference to the

Magistrate's findings, the manner in which it proceeds lies entirely within the Court's discretion. If the performance of its duty to conduct a *de novo* review makes it necessary or desirable to hold an additional evidentiary hearing, the Court may do so. United States v. Koenig, 912 F.2d 1190, 1193 (9th Cir. 1990). On the other hand, the Court may choose to base its determination on its review of the evidence presented at the prior hearing. All alternatives as to how to proceed lie in the Court's discretion. United States v. Lutz, 207 F.Supp. 1247, 1251 (D.Kan.2002), United States v. Spears, 2010 WL 2427439 (N.D. Ind. 2010). The government hereby requests that if the Court sets this matter for a hearing, that the hearing be scheduled for a date after the filing of its response.

    Respectfully submitted,

    JOHN F. WALSH
    United States Attorney


    By: s*/ Linda Kaufman*
    Linda Kaufman
    Assistant United States Attorney
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Facsimile: (303) 454-0404
    E-mail: Linda.Kaufman@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on this 13th day of August, 2014, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF INTENT TO FILE RESPONSE TO DEFENDANT ALAN TIMOTHY HERSHEY'S MOTION FOR REVOCATION OF DETENTION ORDER AND THE SETTING OF CONDITIONS OF RELEASE (Doc. 29)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

                                          By: *s/ Solange Reigel*
                                                SOLANGE REIGEL
                                                Legal Assistant
                                                United States Attorney's Office
                                                1225 - 17th Street, Suite 700
                                                Denver, CO 80202
                                                Telephone: (303) 454-0244
                                                Fax: (303) 454-0402
                                                E-mail: solange.reigel@usdoj.gov