IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-281-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **ALAN TIMOTHY HERSHEY,**
2. RENEE MOLINAR,

    Defendants.

_____

### GOVERNMENT'S MOTION TO RESTRICT DOCUMENT
_____

The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Linda Kaufman, respectfully moves to restrict Attachment 1 to Response to Defendant Alan Timothy Hershey's Motion for Revocation of Detention Order and the Setting of Conditions of Release, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion.  The United States requests a "Level 1" Restriction which would make Attachment 1, any order revealing the contents of that document and the brief filed in support of this motion, "Viewable by Case Participants & Court" only.

1

Respectfully submitted this 18th day of August, 2014.

                JOHN F. WALSH
                United States Attorney


                By: s/ *Linda Kaufman*
                Linda Kaufman
                Assistant United States Attorney
                1225 Seventeenth Street, Suite 700
                Denver, Colorado 80202
                Telephone: (303) 454-0100
                Facsimile: (303) 454-0404
                Email: Linda.Kaufman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2014, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT** with the Clerk of the Court using the CM/ECF system which will send notification of the same to any and all counsel of record.

*s/ Solange Reigel*
SOLANGE REIGEL
Legal Assistant to AUSA Susan D. Knox
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
303-454-0100
303-454-0409(fax)
Solange.Reigel@usdoj.gov

3