IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-281-CMA-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1.  ALAN TIMOTHY HERSHEY,**
2.  RENEE MOLINAR,

      Defendants.

---

## ORDER TO RESTRICT DOCUMENT

     This matter is before the Court on the Government's Motion for Leave to Restrict Document.   Upon consideration and for good cause shown,

     IT IS ORDERED that said Document, the United States' Brief in Support of Motion to Restrict Document, as well as any order revealing the contents of that document, are hereby restricted until further order by the Court.

     IT IS ORDERED that said Document, the United States' Brief in Support of Motion to Restrict Document, as well as any order revealing the contents of that document shall be restricted to a "Level 1" and will be "Viewable by Case Participants & Court" only.

     IT IS SO ORDERED on this **____** day of _____, 2014.

          BY THE COURT:

          _____
          CHRISTINE M. ARGUELLO
          UNITED STATES DISTRICT JUDGE