**ATTACHMENT 1 – FILED UNDER RESTRICTION**