## Funding for Purchase of Ruddy Ct.

| 8/8/05 | Cashier Check payable to Ocwen Loan | $214,809.02 |
|---|---|---|

## Deposits to CBRI, Inc. Account

| 8/1/05 | $9,999.00 | Cash |
|---|---|---|
| 8/2/05 | $9,999.00 | Cash |
| 8/3/05 | $9,999.00 | Cash |
| 8/4/05 | $9,999.00 | Cash |
| 8/5/05 | $9,999.00 | Cash |
| 8/8/05 | $50,400.00 | Transfer from Renee Molinar account |
| 8/8/05 | $112,015.00 | Wire from Renee Molinar dba Johnstown Liquor account |



GOVERNMENT EXHIBIT
1
7/17/14

ATTACHMENT 2