IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00281-CMA-1    )
                                         )
UNITED STATES OF AMERICA,                )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )
                                         )
1.   **ALAN TIMOTHY HERSHEY**            )
                                         )
        Defendant.                       )

---

**[PROPOSED] ORDER ON
MOTION FOR RECONSIDERATION OF THIS COURT'S
PRIOR ORDER CONTINUING DEFENDANT'S PRE-TRIAL DETENTION**

---

THIS MATTER comes before the Court on Defendant Alan Timothy Hershey's Motion for Reconsideration of This Court's Prior Order Continuing Defendant's Pre-Trial Detention and this Court, after having had the opportunity to conduct an evidentiary hearing in this matter, and having reviewed this pleading and its file in this matter, and being otherwise fully advised in the premises, hereby:

ORDERS that Defendant's Motion is GRANTED, this Court's prior Order continuing Defendant's detention is hereby reversed, and Defendant is released on the following conditions:

1. All standard conditions of release shall apply;

2. Before release, defendant shall surrender his passport to the Office of the Clerk of the Court;

3. Before release, Defendant shall post an appearance bond secured by title to the following parcels of real property situated within Weld County, Colorado:

4. Defendant is placed on home detention with all travel from his residence to be pre-approved by his assigned Pre-Trial Services Officer;

5. Defendant shall, at all times, wear an actively-managed GPS monitoring device and shall bear 100% of the monthly subscription costs thereof;

6. Defendant shall maintain full-time employment through his uncle's Denver area garage door installation company; and

7. Defendant shall also comply with the following additional conditions of release:

   _____

Dated: September _____, 2014

_____
CHRISTINE M. ARGUELLO
United States District Judge