Recorded at _____ o'clock _____ M., _____
Reception No. _____
Recorder

## QUIT CLAIM DEED

**THIS DEED** is made this 11th day of July, 2014 by

THEA SIEHL

whose address is PO Box 774 Johnstown, CO 80534, Grantor, and

TIM A HERSHEY

whose address is PO Box 82 Gilcrest, CO 80623, Grantee.

**WITNESSETH,** That the Grantor, for the consideration of ten dollars ($10.00) in hand paid, hereby quitclaims unto the grantee, his heirs, successor and assigns forever, all the estate right, title, interest, claim and demand which the Grantor may have in and to the real property described as follows:

MIL W78-12 L12 BLK78 REPLAT PORTION WAL MAR SUB

Also known by street address as:

213 S. Norma Ave
Milliken, CO 80543

4030102   Pages: 1 of 1
07/11/2014 03:37 PM   R Fee:$11.00 D Fee:$0.00
Steve Moreno, Clerk and Recorder, Weld County, CO

**TO HAVE AND TO HOLD** the same, together with all and singular the appurtenances and privileges thereunder belonging, or in any wise thereunto appertaining, and all the estate right, title, interest and claim whatsoever of the Grantor, either in law or equity, to the only proper use, benefit and behoof of the Grantee, its heirs and assigns forever.

IN WITNESS WHEREOF, the Grantor has executed this deed on the date set forth above.

_/s/ Thea Siehl_
Thea Siehl

STATE OF COLORADO    )
                     ) ss.
COUNTY OF WELD       )

JOSHUA FULENWIDER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144010732
MY COMMISSION EXPIRES 03/07/2018

The foregoing instrument was acknowledged before me this  11th  day of July, 2014 by Thea Siehl.

Witness my hand and official seal.

_/s/ Joshua Fulenwider_
Notary Public

My commission expires  March 7th , 20 18

ATTACHMENT 1

Recorded at_____o'clock_____M., _____
Reception No. _____
Recorder

## QUIT CLAIM DEED

**THIS DEED** is made this 11th day of July, 2014 by

THEA SIEHL

whose address is PO Box 774 Johnstown, CO 80534, Grantor, and

TIM A HERSHEY

whose address is PO Box 82 Gilcrest, CO 80623, Grantee.

**WITNESSETH**, That the Grantor, for the consideration of ten dollars ($10.00) in hand paid, hereby quitclaims unto the grantee, his heirs, successor and assigns forever, all the estate right, title, interest, claim and demand which the Grantor may have in and to the real property described as follows:

MIL 3WM L7 BLK9 WAL MAR 3RD SUB

Also known by street address as:

4030103         Pages:  1 of 1
07/11/2014 03:37 PM   R Fee:$11.00  D Fee:$0.00
Steve Moreno, Clerk and Recorder, Weld County, Co

110 Katsura Cir
Milliken, CO 80543

**TO HAVE AND TO HOLD** the same, together with all and singular the appurtenances and privileges thereunder belonging, or in any wise thereunto appertaining, and all the estate right, title, interest and claim whatsoever of the Grantor, either in law or equity, to the only proper use, benefit and behoof of the Grantee, its heirs and assigns forever.

IN WITNESS WHEREOF, the Grantor has executed this deed on the date set forth above.

_____
Thea Siehl

STATE OF COLORADO   )
                    ) ss.
COUNTY OF WELD      )

JOSHUA FULENWIDER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144010732
MY COMMISSION EXPIRES 03/07/2018

The foregoing instrument was acknowledged before me this  11th  day of July, 2014 by Thea Siehl.

Witness my hand and official seal.

_____
Notary Public

My commission expires  March 7th , 20 18