IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00281-CMA-1 )
)
UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. )
)
1.   **ALAN TIMOTHY HERSHEY**, )
)
    Defendant. )

**MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE NOTICE OF APPEAL**

    1.    On August 12, 2014, the Defendant filed his Motion for Revocation of Detention Order and the Setting of Conditions of Release [Doc. 29][1] in this case. The Government responded to Defendant's Motion [Doc. 30-35], and by way of its Order dated August 22, 2014, this Court formally denied Mr. Hershey's Motion for Revocation [Doc. 36]. Thereafter, on September 5, 2014, Defendant filed his Motion for Reconsideration of This Court's Order Continuing Defendant's Pre-Trial Detention [Doc. 38]. The Court ordered the Government to respond to this defense Motion, which it did [Doc. 40], and on September 16, 2014, this Court denied Defendant's Motion for Reconsideration [Doc. 41]. Defendant may now either file a motion to re-open the

---

[1] [Doc. ##] is a convention used by this writer to identify specific papers filed in the Court's case management and electronic filing system (CM/ECF).

the original detention hearing [flush language to 18 U.S.C. § 3142(f)(2)(B)], or appeal this Court's latest Order denying reconsideration to the 10th Circuit Court of Appeals.

2. Although a motion to re-open may be filed at any time before trial (18 U.S.C. § 3142(f)(2)(B)), the deadline for filing a Notice of Appeal is fourteen (14) days after entry of the final order being appealed. In this case, this Court's Order denying Mr. Hershey's Motion for Reconsideration [Doc. 41] was entered on September 16, 2014. The fourteenth (14th) day after entry of that Order is, therefore, September 30, 2014. Mr. Hershey respectfully asks this Court to grant the instant Motion by extending the deadline within which he must lodge a Notice of Appeal, if necessary, to October 30, 2014.

3. Mr. Hershey wishes to re-open the original detention hearing held in this case and, in that connection, will be filing a motion requesting same shortly. While the disposition of Mr. Hershey's Motion to Re-Open is being decided, however, Defendant's appeal deadline could expire. This Motion is therefore lodged to preserve for Defendant his right to appeal, if necessary, while allowing time for a decision on Defendant's Motion to Re-Open.

Law & Argument

4. Fed. R. App. P. 4(b)(1)(A)(i) states, in pertinent part, that: "In a criminal case, a defendant's notice of appeal must be filed in the district court within 14 days after the later of: (i) the entry of either the judgment or the order being appealed. . . ." Fed. R. App. P. 4(b)(4) states, in pertinent part, that: "Upon a finding of excusable neglect or good cause, the district court may—before or after the time has expired, with

or without motion and notice—extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)."

5. The disposition of Defendant's soon to be filed Motion to Re-Open may obviate the need for the Defendant to appeal this Court's denial of his earlier filed Motion for Reconsideration [Doc. 38]. Stated another way, granting the instant Motion could allow for placement on the record of a more fully developed set of facts, and eliminate a premature appeal to the 10th Circuit Court of Appeals, if one is needed at all—that is, an appeal lodged without the presence of a needed factual record put on by the defense.

WHEREFORE, for all of the foregoing reasons, the Defendant respectfully asks that this Court grant this motion to extend the time within which he must file a Notice of Appeal to October 30, 2014, in order that a Motion to Re-Open Detention Hearing can be filed while still preserving Mr. Hershey's right to appeal if required.

Dated: September 25, 2014

/s/ Michael F. Arvin
**Michael F. Arvin**
Michael F. Arvin, Attorney, PC
3773 Cherry Creek North Drive
Suite 575
Denver, CO 80209-3825
Telephone: (303) 629-6640
FAX: (303) 629-6679
E-mail: arvinlawoffices-ecf@arvin-denver.com
Attorney for Defendant Alan Timothy Hershey

## CERTIFICATE OF SERVICE

    I hereby certify that on this 25th day of September, 2014, I electronically filed the foregoing **MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:


Linda S. Kaufman
Assistant U.S. Attorney
1225 17th St., Suite 700
Denver, Colorado 80202
Linda.Kaufman@usdoj.gov
Attorney for Plaintiff

Amanda B. Cruser
Boog & Cruser, P.C.
3333 S. Wadsworth Blvd., D-201
Lakewood, CO 80227
Phone:  (303) 986-5769
Fax:  (303) 985-3297
abcruser@vfblaw.com
Attorney for Defendant Renee Molinar


                                                s/ Michael F. Arvin