IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00281-CMA-1   )
                                        )
UNITED STATES OF AMERICA,               )
                                        )
          Plaintiff,                    )
                                        )
v.                                      )
                                        )
1.   **ALAN TIMOTHY HERSHEY**           )
                                        )
          Defendant.                    )

## [PROPOSED] ORDER ON
## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE NOTICE OF APPEAL

THIS MATTER comes before the Court on Defendant Alan Timothy Hershey's Motion for Extension of Time Within Which to File Notice of Appeal and this Court, after having reviewed this pleading and its file in this matter, and being otherwise fully advised in the premises, hereby:

ORDERS that Defendant's Motion is GRANTED. Defendant Hershey may file his Notice of Appeal concerning denial of his previously filed motion for reconsideration of continued pre-trial detention no later than October 30, 2014, and such a Notice of Appeal will be considered to be timely if filed on or before that date.

Dated: September _____, 2014

 
_____
CHRISTINE M. ARGUELLO
United States District Judge