IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-281-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,
v.

**1. ALAN TIMOTHY HERSHEY,**
2. RENEE MOLINAR,

    Defendants.

_____

**PLAINTIFF'S RESPONSE TO DEFENDANT ALAN TIMOTHY HERSHEY'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE NOTICE OF APPEAL (Doc. #42)**
_____

The United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado, and Assistant United States Attorney Linda Kaufman, hereby responds to Defendant Alan Timothy Hershey's Motion for Extension of Time Within Which to File Notice of Appeal, as follows:

1. Pursuant to Fed. R. App. P. 4(b)(4), the district court may grant a motion to extend the time to file a notice of appeal for a period not to exceed thirty days from the expiration of the time otherwise prescribed by the rule, upon a finding of excusable neglect or good cause.

2. The plaintiff interprets the defendant's motion to request a thirty-day extension, from September 30 to October 30, 2014, for him to file a notice of appeal of this Court's September 16, 2014 Order denying his Motion for Reconsideration. (Doc.

#41.) As grounds therefor, the defendant states that he intends to file a Motion to Re-Open soon, (presumably pursuant to 18 U.S.C. § 3142(f)(2)(B)), and that the disposition of said motion may obviate his need to appeal this Court's order denying his motion for reconsideration.

3.     That may be good cause for the requested extension, but the defendant's statements that the requested delay "could allow for placement on the record of a more fully developed set of facts, and eliminate a premature appeal to the 10th Circuit Court of Appeals … that is, an appeal lodged without the presence of the needed factual record put on by the defense" are troubling. Certainly, no facts developed in the record subsequent to this Court's September 16 order could be properly included as part of the record on appeal of that order. Thus, an extension of time for the purpose of enhancing the record for that appeal would be improper, and not "for good cause", as required by Fed. R. App. P. 4(b)(4).

4.     Because the defendant has submitted no grounds upon which the Court could base a finding of excusable neglect and because a delay for the purpose of enhancing the record on appeal is not a delay for good cause, the Court should deny the defendant's motion.[1]

---

[1] The plaintiff notes that the denial of this Motion for Extension of Time would not preclude the defendant from exercising any rights he may have under 18 U.S.C. § 3145(b), 18 U.S.C. § 3145(c), and 28 U.S.C. § 1291, after he has proceeded with his Motion to Re-Open under 18 U.S.C. § 3142(f)(2)(B).

WHEREFORE, the plaintiff requests this Court deny Defendant Hershey's Motion for Extension of Time Within Which to File Notice of Appeal. (Doc. #42).

Respectfully submitted,

JOHN F. WALSH
United States Attorney


By: s*/ Linda Kaufman*
Linda Kaufman
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Linda.Kaufman@usdoj.gov

## CERTIFICATE OF SERVICE

     I certify that on this 29th day of September, 2014, I electronically filed the foregoing **PLAINTIFF'S RESPONSE TO DEFENDANT ALAN TIMOTHY HERSHEY'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE NOTICE OF APPEAL (Doc. #42)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record,

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Ms. Christine Zorn
Pretrial Services Officer
E-mail: Christine_Zorn@cod.uscourts.gov

                              By: *s/ Solange Reigel*
                                  SOLANGE REIGEL
                                  Legal Assistant to AUSA Linda Kaufman
                                  United States Attorney's Office
                                  1225 - 17th Street, Suite 700
                                  Denver, CO 80202
                                  Telephone: (303) 454-0244
                                  Fax: (303) 454-0402
                                  E-mail: solange.reigel@usdoj.gov