IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00281-CMA-1 )
)
UNITED STATES OF AMERICA, )
)
      Plaintiff, )
)
v. )
)
1.   **ALAN TIMOTHY HERSHEY** )
)
      Defendant. )

### [PROPOSED] ORDER ON
### MOTION TO RE-OPEN DETENTION HEARING

THIS MATTER comes before the Court on Defendant Alan Timothy Hershey's Motion to Re-Open Detention Hearing and this Court, after having reviewed this pleading and its file in this matter, and being otherwise fully advised in the premises, hereby:

ORDERS that Defendant's Motion is GRANTED. Defendant Hershey's original detention hearing held July 17, 2014, is hereby re-opened. Counsel shall contact Ms. Lee Ross in the Court's Chambers to schedule a hearing in this matter.

Dated: October \_\_\_\_\_, 2014

                                                 _____
                                               CHRISTINE M. ARGUELLO
                                               United States District Judge