

**DEPARTMENT OF THE TREASURY**
Internal Revenue Service
Criminal Investigation

## Memorandum of Interview

| | | | |
|---|---|---|---|
| Investigation #: | 1000232962 | Location: | 215 Progress Circle |
| Investigation Name: | TIM HERSHEY | | Casper, WY 82644 |
| Date: | March 28, 2013 | | |
| Time: | 11:05AM – 11:33AM | | |
| Participant(s): | Michael Baudendistel | | |
| | Mike Garvey, Special Agent | | |
| | Robert Smith, Special Agent | | |

On the above date and time Special Agent Robert Smith and I (Special Agent Mike Garvey) interviewed Michael Baudendistel (Baudendistel hereafter). S/A's Garvey and Smith showed Baudendistel our credentials and identified ourselves as IRS special agents. Baudendistel provided substantially the following information:

1. Baudendistel used to own a HVAC business in Gilcrest, CO that he shut down around August 2005. TIM HERSHEY (HERSHEY hereafter) learned that Baudendistel was selling his business and asked if Baudendistel was interested in selling his house located at 512 12th Street, Gilcrest, CO. At the time, Baudendistel was six weeks into a year lease on the home when he began conversations with HERSHEY about selling the house. Baudendistel kept the cash deposit from the lease's when he sold the house to HERSHEY.

2. HERSHEY said he would buy the house from Baudendistel for cash while negotiating the sale inside Gilcrest Liquor. Baudendistel was skeptical about this; HERSHEY then went to the back room of the liquor store and came out with a suitcase. HERSHEY laid the suitcase on the front counter of the liquor store and opened it up. Baudendistel said the suitcase was full of cash money. HERSHEY said, "I'm not bullshitting you", I can buy your house, I'm serious.

3. Baudendistel decided to sell the house to HERSHEY. Baudendistel negotiated with HERSHEY when determining the selling price. Baudendistel wanted to sell the house for $134,000, but after a lot of negotiating with HERSHEY, the final sales price was set at what Baudendistel owed on his mortgage with Greenpoint, about $128,000.

4. HERSHEY bought Baudendistel's home sight unseen. There was no realtor involved in the transaction. The transaction did not go through a title

company, this is the way HERSHEY wanted it, Baudendistel did not have a choice in the matter.

5. Baudendistel stated HERSHEY liked the house because it had a large 24x30 garage in the back that HERSHEY wanted to use to store extra alcohol.

6. Prior to the closing for 512 12th street, HERSHEY called Baudendistel and told him he wasn't going to be at the closing. HERSHEY directed Baudendistel to go to the Johnstown National Bank for the closing.

7. The closing for the sale of 512 12th street was at the Johnstown National bank. Baudendistel identified his signature on a warranty deed selling the property to CBRI, Inc. The printing on the warranty deed is not Baudendistel's.

8. Baudendistel met a man at closing that he had never seen before. Baudendistel does not know what or who CBRI, Inc. is. At the closing, Baudendistel stated he was provided with a copy of a cashier's check to payoff his mortgage at Greenpoint. Baudendistel was shown a copy of a cashier's check # 073099 for $128,002.98 payable to Greenpoint Mortgage dated August 19, 2005, remitter CBRI, Inc. After the closing, Baudendistel called his mortgage company to make sure his mortgage was paid off.

9. Baudendistel never saw HERSHEY again after he sold his home in Gilcrest, CO. Baudendistel went on vacation for a while in Texas.

10. HERSHEY bought Gilcrest Liquor from Keith LNU and also owned Johnstown Liqour. Keith LNU also worked at Johnstown Liquor.

11. Baudendistel identified a DMV photograph of HERSHEY and could not identify a DMV photograph of CHARLES REICHERT.

Mike Garvey
Special Agent


Robert Smith
Special Agent



Account: 0136725
Name: UNION COLONY BANK
Address: DO NOT MAIL
GREELEY, CO 00000

The image shown below represents an official copy of the original document as processed by our institution

```
Union Colony Bank   1701 TWENTY THIRD AVENUE       Cashier's Check      073099
                    GREELEY, COLORADO 80634
                    (970) 346-6080  (866) 241-2673
                          08-19-2005

Remitter        CERI INC

        UNION  $128,002dols 98cts
        COLONY
        PAY EXACTLY $128002dols 98cts          August 19, 2005
Pay To                          VOID OVER $128,002.98   REGISTER COPY
The Order of **GREENPOINT MORTGAGE**
            **LOAN#C1027563491**              **$128,002.98**

                                              Non-Negotiable

        "073099"  :1070033531:  01 36725"  05
```

073099   08/19/05   6-19-1160   128002.98

http://192.168.188.72/gw-bin/gwgtwy.dll/print?20050819-6-19-1160-60191160.htm          4/13/2009

---

U.S. v. HERSHEY: 14-cr-281-CMA-BNB        DEFENSE EXHIBIT 3        Page 3 of 4

971

## Warranty Deed

THIS DEED is a conveyance of the real property described below, including any improvements and other appurtenances (the "property") from the individual(s), corporation(s), partnership(s), or other entity(ies) named below as GRANTOR to the individual(s) or entity(ies) named below as GRANTEE.

The GRANTOR hereby sells and conveys the property to the GRANTEE and the GRANTOR warrants the title to the property, except for (1) the lien of the general property taxes for the year of this deed, which the GRANTEE will pay (2) any easements and rights-of-way shown of record (3) any patent reservations and exceptions (4) any outstanding mineral interests shown of record (5) any protective covenants and restrictions shown of record (6) any additional matters shown below under "Additional Warranty Exceptions", and (7) subject to building and zoning regulations.

The Specific Terms of This Deed Are:

**Grantor:** (Give name(s) and place(s) of residence: If the spouse of the owner-grantor is joining in this Deed to release homestead rights, identify grantors as husband and wife.)

Michael R. Baudendistel of the County of Weld, State of Colorado

**Grantee:** (Give name(s) and address(es): a statement of address, including a street or road or street number, is required.)

CBRJ INC. A Colorado Corporation whose Mailing Address is P.O. Box 331 Johnstown, CO 80534. Of the County of Weld, State of Colorado

**Form of Co-Ownership:** (If there are two or more grantees named, they will be considered to take as tenants in common unless the words "in joint tenancy" or words of the same meaning are added in the space below.)

**Property Description:** (Include county and state.)

GIL DE-2 L2 DOR-CAR REPLAT

3321971 09/12/2005 03:30P Weld County, CO
1 of 1 R 6.00 D 12.80 Steve Moreno Clerk & Recorder

**Property Address:** 512 12 St Gilcrest, Colorado 80623

**Consideration:** (The statement of a dollar amount is optional. Adequate consideration for this deed will be presumed unless this conveyance is identified as a gift. In any case this conveyance is absolute, final and unconditional.)

**Reservations-Restrictions:** (If the GRANTOR intends to reserve any interest in the property or to convey less than he owns, or if the GRANTOR is restricting the GRANTEE'S right in the property, make appropriate indication.)

**Additional Warranty Exceptions:** (Include deeds of trust being assumed and other matters no covered above.)

Executed by the Grantor on _____  Signature for Individual(s):

Signature for Corporation, Partnership or Association:

_____
Name of Grantor: Corporation, Partnership or Association

By _____

Or _____

Attest _____

STATE OF COLORADO
COUNTY OF Weld
The foregoing instrument was acknowledged before me this 19th day of August 2005
By Michael R Baudendistel

WITNESS my hand and official seal.
My commission expires:

STATE OF
COUNTY OF
The foregoing instrument was acknowledged before me this _____ day of
By

(*Name Individual Grantor(s) or if Grantor is Corporation, Partnership or Association, then identify signers as president or vice president and secretary or assistant secretary of corporation, or as partner(s) of partnership, or as authorized member(s) of association.)

WITNESS my hand and official seal.
My commission expires:                               Notary Public

MY COMMISSION EXPIRES
MARCH 21, 2008

©1991 UPDATE LEGAL FORMS                             WCTC No. 201