

# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

## Memorandum of Interview

---

**Investigation #:** 1000232962
**Investigation Name:** TIM HERSHEY
**Date:** October 14th, 2014
**Time:** 1:10pm – 3:32pm
**Participant(s):** Renee Molinar
Amanda Cruser – Molinar's attorney
Linda Kaufman – Assistant United States Attorney (AUSA)
Mike Garvey, Special Agent

**Location:** Colorado USAO
Denver, CO

On the above date and time I (Special Agent Mike Garvey) and AUSA Linda Kaufman (Kaufman hereafter), participated in a prearranged meeting with Renee Molinar (Molinar hereafter) and her attorney Amanda Cruser (Cruser hereafter). Kaufman reminded Molinar that the same rules from the meeting in September, applied to this meeting.

Molinar provided substantially the following information:

1. TIM HERSHEY (HERSHEY hereafter) told Molinar to hide the boxes containing the records for Johnstown Liquor so they could not be found after agent Garvey interviewed Molinar in July 2011. Before these boxes were moved out of Johnstown Liquor, they were in the basement of the liquor store. Charles Reichert (Reichert hereafter), Molinar and HERSHEY helped move the boxes into a trailer.

2. Molinar took the boxes to the house she was living at on Ruddy Court and to her cousin Teresa Alba's house and her sister's house. Before the Ruddy court property was sold to Robert Hershey, Molinar moved the boxes to 895 N 3rd street. Molinar then delivered all of the boxes of Johnstown Liquor records to her attorney's office in October 2014, with the help of her friend Vicki Breceno.

3. Molinar explained the Cash Log she produced during this meeting. Molinar stated the cash log contained the hand written figures of cash removed from the daily sales amounts. The amounts removed from the daily sales were entered into the log book by her as deposits on a daily basis. The same amount of cash was taken out of the register and put into a canvas bag inside a Corona box. Withdrawals from the cash log are noted as cash being given to HERSHEY, cash payments to employees, loans to employees and cash payments for liquor store expenses.

4. Molinar then explained the income records for Johnstown Liquor she provided by examining a daily sales report for December 18, 2002. The report is a sales tax report for Johnstown Liquor with a handwritten figure of $1,000 which was the amount of cash removed from the sales figures. The sales tax report was used because it shows lottery redemptions. Attached to the sales tax report was a lottery report that was generated separately from the point of sale system-the report reflects the sales of lottery and scratch tickets for the day. The profit on scratch tickets was 7 %. Lottery sales went into the cash drawer in the register. Cigarette cartons were used as scratch paper in the liquor store.

5. Molinar would count the cash and checks in the drawer and leave $100 in each register at the end of the day. Molinar totaled up the checks on a receipt tape. Then Molinar would total up an approximate amount of checks from the check cashing bag to equal the difference between the amount of cash being deposited for the day and the amount of cash taken in. Molinar did this at the direction of HERSHEY, because he did not want cash being deposited into the business's bank accounts.

6. Molinar was the only person to take cash out of the daily receipts and did it at the direction of HERSHEY. The hand written figure of cash removed would go into the canvass bag and it was also entered by Molinar into the cash log as a deposit. The only place where it was notated what the amount of cash that was deposited for the day was the deposit slip. For the 12/18/02 example, Molinar added up $1581 in check cashing checks to be deposited to equal the $1500 in cash that was removed from the cash day's receipts.

7. Molinar would save up 4-5 days' worth of deposits and do them all at once.

8. The daily sales reports were organized by Molinar chronologically by day, month and year. Molinar paper clipped the lottery report, sales tax report and check receipt tape together.

9. HERSHEY would say to sometimes pay expenses in cash. Cash was also used to pay employee wages and make loans to employees.

10. Molinar stated there was a separate log book for check cashing in the records for Johnstown Liquor.

11. Periodically Molinar would take the canvas bag out of the Corona box and give it to HERSHEY. Molinar would sometimes balance the cash log with the cash in the canvas bag.

12. After July 1, 2011, HERSHEY took over maintaining the cash log and Molinar stopped maintaining the cash log. The Corona box was kept behind the counter in Johnstown Liquor. Molinar thinks Ben Fisher took information

to HERSHEY about the sales after July 2011, so HERSHEY could do the deposits.

13. Molinar mentioned that employees would sometimes ring in a check sale as a cash sale because it was faster to enter in into the point of sale system.

14. Molinar was not familiar with the sales tax procedures for Johnstown Liquor. Molinar did not know what the "$500 cig $500 taxable" hand written notation meant on the sales tax report for Johnstown Liquor for 12/18/02.

15. There are three registers in Johnstown Liquor and they are all connected to the point of sale system.

16. The log on Sam's Club note pad was created by Hillary Vannoy.

17. Molinar stated HERSHEY examined the computer for Johnstown Liquor after Reichert took changed it out and thought someone was stealing. Molinar stated HERSHEY told her Reichert was taking money from the liquor store by cancelling out transactions to make it look like they did not occur. Molinar stated HERSHEY told her he thought Reichert had stolen $250,000 from Johnstown Liquor. Molinar stated she, Reichert and HERSHEY got into Reichert's truck one day and Reichert admitted to stealing money, saying he, "fucked up". Then the three of them drove to Reichert's house and HERSHEY started taking some of Reichert's tools. HERSHEY told Reichert he was no longer allowed to work at Johnstown Liquor.

18. Molinar provided copies to the government of the checks given to her by Ben Fisher that purport to be loan payments on the seller financing Fisher has with Molinar. Molinar stated that she cashed the checks and then provided the cash to HERSHEY through Ben Fisher or HERSHEY picked up the cash from Johnstown Liquor. Molinar made copies of these checks from the records in Johnstown Liquor. Molinar stated Fisher stopped giving her loan payments after HERSHEY went to jail.

19. Molinar stated it was HESHEY's idea to get Johnstown Liquor out of her name and put it in Ben Fisher's name. Molinar stated she, HERSHEY and Ben Fisher were present when this conversation took place in late 2011 or early 2012. Ben Fisher then applied for a liquor license. HERSHEY then wrote out the sales agreement and instructed Molinar to copy it onto a new document in her handwriting. Molinar still believes HERSHEY is the owner of Johnstown Liquor.

20. Fisher is aware Molinar gave boxes of Johnstown Liquor records to the government.

21. HERSHEY was also trying to sell the liquor store to a separate party before they were arrested in July 2014. Some Indian people came into the store one day and were interested in buying the store.

22. Molinar stated that Thea Siehl (Siehl hereafter) contacted Molinar about getting Siehl's name off of the properties in Milliken, CO. The property taxes were behind for about three years and Siehl was approached by a man interested in buying the properties before they went back to the lien holder. Siehl told the man the properties were not hers and she had no rights to sell them. Molinar stated the properties on Katsura and Norma in Milliken in Siehl's name were actually HERSHEY's houses. HERSHEY then gave Molinar Quit Claim deeds for these two houses and for a third property in Gilcrest, CO where Gilcrest Liquor was located. Molinar took the deeds to the bank where she met Siehl and Siehl signed the deeds. After Siehl signed the deeds, Molinar gave them back to HERSHEY. Molinar had nothing to do with recording the deeds. Siehl received nothing for signing these properties over to HERSHEY.

23. The renters living at the Norma and Katsura properties paid their rent in cash at Johnstown Liquor or by check payable to Molinar. All the rent money went to HERSHEY.

24. In 2006, Molinar saw HERSHEY punch Doug Stone.

25. Molinar can identify Reichert's, HERSHEY's and Vannoy' s handwriting.

Mike Garvey
Special Agent




12/18/02
11:59 pm

JOHNSTOWN LIQUOR

SALES TAX
SALES TAX REPORT - BY TAX CODE
12/18/02

-264

REGISTER - 7186.77

| Table/Category | Sub Total | Discount | Taxable | NonTaxable | Shipping | Net Total | | |
|---|---|---|---|---|---|---|---|---|
| S State/Local | | | | | | | | |
| * CODE NOT FOUND | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| D RETURNABLE BOTTLES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| V VALIDATION | -152.00 | 0.00 | 0.00 | -152.00 | 0.00 | -152.00 | | |
| C cigarettes | 3606.55 | 0.00 | 0.00 | 3606.55 | 0.00 | 3606.55 | | |
| L lottery | 194.00 | 0.00 | 0.00 | 194.00 | 0.00 | 194.00 | | |
| O ONLINE | 483.00 | 0.00 | 0.00 | 483.00 | 0.00 | 483.00 | | |
| T Taxable | 2909.10 | 0.00 | 2909.10 | 0.00 | 0.00 | 2909.10 | | |
| N Non Taxable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| | 7040.65 | 0.00 | 2909.10 | 4131.55 | 0.00 | 7040.65 | 1 | |
| O Out of State | | | | | | | | |
| D RETURNABLE BOTTLES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| V VALIDATION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| C cigarettes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| L lottery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0... | |
| O ONLINE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| T Taxable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| N Non Taxable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| R Resale/Wholesale | | | | | | | | |
| D RETURNABLE BOTTLES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| V VALIDATION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C cigarettes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| L lottery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| O ONLINE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| T Taxable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| N Non Taxable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 7040.65 | 0.00 | 2909.10 | 4131.55 | 0.00 | 7040.65 | 146.12 | 7186.77 |

039

600 tax
400 Cig

1000

TAX CODE TOTALS:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| * CODE NOT FOUND | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.60 | 0.60 |
| D RETURNABLE BOTTLES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| V VALIDATION | -152.00 | 0.00 | 0.00 | -152.00 | 0.00 | -152.00 | 0.00 | -152.00 |
| C cigarettes | 3606.55 | 0.00 | 0.00 | 3606.55 | 0.00 | 3606.55 | 0.00 | 3606.55 |
| L lottery | 194.00 | 0.00 | 0.00 | 194.00 | 0.00 | 194.00 | 0.00 | 194.00 |
| O ONLINE | 483.00 | 0.00 | 0.00 | 483.00 | 0.00 | 483.00 | 0.00 | 483.00 |
| T Taxable | 2909.10 | 0.00 | 2909.10 | 0.00 | 0.00 | 2909.10 | 145.52 | 3054.62 |
| N Non Taxable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 7040.65 | 0.00 | 2909.10 | 4131.55 | 0.00 | 7040.65 | 146.12 | 7186.77 |

12/18/02 WED

CASH – 2713.00
CHECKS – 2610.55
VISA – 1130.11

6453.66
+ 12.15
6465.81
470.06 [illegible]
6935.87

6935.87
+ 250.64 Good
7186.51

– 269

CHANGE +12.15

REGISTER – 7186.77

TODAY SCRATCH REPORT
RETAILER 120754
12/18/02 23:28

| ITEM | COUNT | AMOUNT |
|---|---|---|
| VALIDS | 31 | 129.00 |
| CPN/LBK REDEMS | 0 | 0.00 |
| CSH BONUS | 31 | 1.29 |

5466-57300998-02061

ON-LINE GAMES REPORT
TERMINAL REPORT
TERMINAL 00120754
TODAY DEC 18 02
23:19

| # | SALES | $ | |
|---|---|---|---|
| 43 | LOTTO | 93.00 | |
| 5 | CASH 5 | 16.00 | |
| 83 | PWRBALL | 374.00 | |
| 0 | CANCELS | 0.00 | C |
| | NET SALES | 483.00 | |
| 6 | REDEEMS | 23.00 | C |
| | CASH BONUS | 0.23 | C |
| 0 | DISCOUNT | 0.00 | C |
| | COMM | 28.98 | C |

TOTAL O-L DUE $ 430.79

25.44 +
31.[illegible] +
16.87 +
71.97 +
9.44 +
42.43 +
31.47 +
50.00 +
10.43 +
40.24 +
17.24 +
57.10 +
240.44 +
28.99 +
40.62 +
12.9[illegible] +
59.9[illegible] +
78.5[illegible] +
20.00 +
[illegible]
[illegible] +
17.32 +
11.92 +
14.0[illegible] +
50.00 +
21.99 +
38.98 +
23.99 +
30.00 +
37.40 +
39.63 +
26.49 +
13.87
15.09 +
24.3[illegible] +
20.00 +
1,117.53 +
11.77 +
50.00 +

039

2,61[illegible] *

2610.55
470.06
1581.57
4662.18

JOHNSTOWN [illegible]
[illegible] SOUTH [illegible]
JOHNSTOWN [illegible]
[illegible]

[illegible] [illegible]
[illegible] am [illegible]

[illegible] CHARLIE
[illegible] BOX [illegible]
[illegible] each
[illegible]

[illegible]
[illegible] each
[illegible] PLAYER BOY 100 [illegible]
[illegible] each
Sub-Total:
Tax [illegible]
Total
DUE UPON RECEIPT
[illegible] Total Paid
[illegible] Change

2/18/02
1:59 pm

JOHNSTOWN LIQUOR



SALES TAX
SALES TAX REPORT - BY TAX CODE
12/18/02

| able/Category | Sub Total | Discount | Taxable | NonTaxable | Shipping | Net Total | Sales Tax* | Total |
|---|---|---|---|---|---|---|---|---|
| State/Local | | | | | | | | |
| * CODE NOT FOUND | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.60 | 0.60 |
| D RETURNABLE BOTTLES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| V VALIDATION | -152.00 | 0.00 | 0.00 | -152.00 | 0.00 | -152.00 | 0.00 | -152.00 |
| C cigarettes | 3606.55 | 0.00 | 0.00 | 3606.55 | 0.00 | 3606.55 | 0.00 | 3606.55 |
| L lottery | 194.00 | 0.00 | 0.00 | 194.00 | 0.00 | 194.00 | 0.00 | 194.00 |
| O ONLINE | 483.00 | 0.00 | 0.00 | 483.00 | 0.00 | 483.00 | 0.00 | 483.00 |
| T Taxable | 2909.10 | 0.00 | 2909.10 | 0.00 | 0.00 | 2909.10 | 145.52 | 3054.62 |
| N Non Taxable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 7040.65 | 0.00 | 2909.10 | 4131.55 | 0.00 | 7040.65 | 146.12 | 7186.77 |
| Out of State | | | | | | | | |
| D RETURNABLE BOTTLES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| V VALIDATION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C cigarettes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| L lottery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| O ONLINE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| T Taxable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| N Non Taxable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Resale/Wholesale | | | | | | | | |
| D RETURNABLE BOTTLES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| V VALIDATION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C cigarettes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| L lottery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| O ONLINE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| T Taxable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| N Non Taxable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 7040.65 | 0.00 | 2909.10 | 4131.55 | 0.00 | 7040.65 | 146.12 | 7186.77 |

600 tax
400 cig
1000

X CODE TOTALS:

| | Sub Total | Discount | Taxable | NonTaxable | Shipping | Net Total | Sales Tax* | Total |
|---|---|---|---|---|---|---|---|---|
| * CODE NOT FOUND | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.60 | 0.60 |
| RETURNABLE BOTTLES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VALIDATION | -152.00 | 0.00 | 0.00 | -152.00 | 0.00 | -152.00 | 0.00 | -152.00 |
| cigarettes | 3606.55 | 0.00 | 0.00 | 3606.55 | 0.00 | 3606.55 | 0.00 | 3606.55 |
| lottery | 194.00 | 0.00 | 0.00 | 194.00 | 0.00 | 194.00 | 0.00 | 194.00 |
| ONLINE | 483.00 | 0.00 | 0.00 | 483.00 | 0.00 | 483.00 | 0.00 | 483.00 |
| Taxable | 2909.10 | 0.00 | 2909.10 | 0.00 | 0.00 | 2909.10 | 145.52 | 3054.62 |
| Non Taxable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 7040.65 | 0.00 | 2909.10 | 4131.55 | 0.00 | 7040.65 | 146.12 | 7186.77 |

12/18/02
11:59 pm

JOHNSTOWN LIQUOR



CAT PROFIT FOR THE DAY
DEPARTMENT INVENTORY SALES ANALYSIS REPORT - SUMMARY
12/18/02

| Department | | Qty | Avg Cost | Tot. Cost | Avg Price | Gross Rev. | Profit | |
|---|---|---|---|---|---|---|---|---|
| | ** NO DEPARTMENT ** | 0 | | | | | | |
| B | BEER | 218 | 5.483 | 1195.296 | 6.78 | 1477.98 | 282.684 | 19% |
| BREA | BREAKAGE | 0 | | | | | | |
| C | CIGARETTES | 295 | 10.778 | 3179.524 | 12.021 | 3546.09 | 366.566 | 10% |
| CIG | CIGAR | 0 | | | | | | |
| COUN | COUNTER | 24 | 1.128 | 27.07 | 1.649 | 39.57 | 12.50 | 32% |
| L | LIQUOR | 97 | 8.295 | 804.579 | 10.792 | 1046.83 | 242.251 | 23% |
| LO | LOTTERY | 587 | 1.089 | 639.27 | 1.153 | 677.00 | 37.73 | 6% |
| P | PEPSI | 50 | 0.986 | 49.305 | 1.371 | 68.56 | 19.255 | 28% |
| PAP | JOHNSTOWN BREEZE | 0 | | | | | | |
| VAL | VALIDATION | 152 | -1.00 | -152.00 | -1.00 | -152.00 | -- | 0% |
| W | WINE | 48 | 5.053 | 242.541 | 7.013 | 336.62 | 94.079 | 28% |
| | | 1471 | 4.069 | 5985.585 | 4.786 | 7040.65 | 1055.065 | 15% |