| | 11953 | Department of the Treasury - Internal Revenue Service | |
|---|---|---|---|
| Form 668 (Y)(c) (Rev. February 2004) | 118 | **Notice of Federal Tax Lien** | |
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #6 Lien Unit Phone: (800) 913-6050 | | Serial Number 825197411 | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer: THEA SIEHL, Alter Ego of
NOMINEE OF ALAN TIM HERSHEY,
AKA TIM HERSHEY

Residence: 3773 CHERRY CREEK DR N-C/O MICHAEL ARVIN
DENVER, CO 80209

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2001 | XXX-XX-4125 | 09/04/2006 | 10/04/2016 | 12299.75 |
| 1040 | 12/31/2002 | XXX-XX-4125 | 10/03/2005 | 11/02/2015 | 28716.62 |
| 1040 | 12/31/2003 | XXX-XX-4125 | 02/26/2007 | 03/28/2017 | 56336.37 |

3804118 11/07/2011 12:46P Weld County, CO
1 of 2 R 6.00 D 0.00 Steve Moreno Clerk & Recorder

Place of Filing: CLERK AND RECORDER
WELD COUNTY
GREELEY, CO 80632

Total $ 97352.74

This notice was prepared and signed at SEATTLE, WA, on this, the 28th day of October, 2011.

Signature for GINGER L WRAY

Title: REVENUE OFFICER (720) 956-4618

26-07-2372

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

U.S. v. HERSHEY: 14-cr-281-CMA-BNB            DEFENSE EXHIBIT 7            Page 1 of 2

```
3804118  11/07/2011   12:46P   Weld County, CO
2 of 2 R 6.00  D 0.00   Steve Moreno Clerk & Recorder
```

ATTACHMENT TO FORM 668Y

In the matter of:

THEA SIEHL, NOMINEE OF ALAN TIM HERSHEY, AKA TIM HESHEY

Property Description:

This lien attaches to the specific property describes as:

LOT 12, BLOCK 78, REPLAT OF A PORTION OF WAL MAR SUBDIVISION, TOWN OF MILLIKEN, COUNTY OF WELD, STATE OF COLORADO ALSO KNOWN AS 213 SOUTH NORMA AVENUE, MILLIKEN, COLORADO 80543

LOT 7, BLOCK 9, WAL MAR THIRD SUBDIVISION, COUNTY OF WELD, STATE OF COLORADO ALSO KNOWN AS 110 KATSURA CIRCLE, MILLIKEN, COLORADO