```
                           STATE OF COLORADO
                         MOTOR  VEHICLE  RECORD
NAME    : ALAN TIMOTHY HERSHEY                        DATE: 07/28/14
ADDRESS: 512 12TH ST                                  TIME: 16:10:07
         GILCREST CO 80623                            PAGE: 01
PREVIOUS NAME   :
COLORADO PIN    : 92-101-2439
DOCUMENT TYPE   : ADULT REGULAR LICENSE
DOCUMENT NUMBER: 92-101-2439             CDL CLASS :
HEIGHT: 5 11        WEIGHT: 185          ISSUE DATE: 04/22/2013
HAIR  : BROWN       EYES  : BROWN        EXPIRATION: 04/25/2018
DONOR : N           SEX   : MALE         BIRTH-DATE: 04/25/1965
ENDORSEMENTS: **NONE**
RESTRICTIONS: CORRECTIVE LENSES
PREVIOUS STATE AND LICENSE      : NOT APPLICABLE
REGULAR LICENSE STATUS          : VALID
COMMERCIAL LICENSE STATUS       : EXPIRED
   ---------------------------------RECORD---------------------------------

001 DOCUMENT      NUMBER: 921012439 TYPE: ADULT REGULAR LICENSE
                  ISSUE: 09/19/2002  EXPIRATION: 04/25/2012
                  STATUS: RENEWED

002 DOCUMENT      NUMBER: 921012439 TYPE: ADULT REGULAR LICENSE
                  ISSUE: 10/06/1997  EXPIRATION: 04/25/2002
                  STATUS: RENEWED

003 DOCUMENT      NUMBER: U539881   TYPE: ADULT CDL INSTRUCTION PERMIT
                  ISSUE: 01/28/1993  EXPIRATION: 09/28/1993
                  STATUS: EXPIRED

004 DOCUMENT      NUMBER: R161645   TYPE: ADULT REGULAR LICENSE
                  ISSUE: 01/17/1992  EXPIRATION: 04/25/1997
                  STATUS: RENEWED

005 CITATION      VIOLATION DT: 05/12/2008  CONVICTION DT: 07/01/2008 POINTS: 03
                  CITATION NO: 3200494      COURT: ADAMS CO
                  ACCIDENT: NO   ISSUING AGY: CSP/ADAMS CNTY 1D
                  DESCRIPTION: TOO FAST FOR CONDITIONS

006 CITATION      VIOLATION DT: 11/27/2007  CONVICTION DT: 12/17/2007 POINTS: 02
                  CITATION NO: B559649      COURT: DENVER CO
                  ACCIDENT: NO   ISSUING AGY: DENVER PD
                  DESCRIPTION: DEFECTIVE OR UNSAFE VEHICLE

007 CITATION      VIOLATION DT: 04/15/2003  CONVICTION DT: 06/10/2003 POINTS: 02
                  CITATION NO: 28290        COURT: LARIMER CO F
                  ACCIDENT: NO   ISSUING AGY: LARIMER SO
                  DESCRIPTION: DEFECTIVE OR UNSAFE VEHICLE

                    **** MORE PAGES TO FOLLOW ****
```

```
                          STATE OF COLORADO
                         MOTOR  VEHICLE  RECORD
NAME    : ALAN TIMOTHY HERSHEY                          DATE: 07/28/14
ADDRESS: 512 12TH ST                                    TIME: 16:10:07
         GILCREST CO 80623                              PAGE: 02


    ----------------------------------RECORD----------------------------------


008 CITATION      VIOLATION DT: 01/10/2003  CONVICTION DT: 01/27/2003 POINTS: 00
                  CITATION NO: 1854668      COURT: WELD CO
                  ACCIDENT: NO  ISSUING AGY: CSP/WELD 3A
                  DESCRIPTION: DRIVE WHEN DR LICENSE EXPIRED


009 CITATION      VIOLATION DT: 03/22/2002  CONVICTION DT: 04/01/2002 POINTS: 00
                  CITATION NO: 410200313    COURT: WELD CO
                  ACCIDENT: NO  ISSUING AGY: POE/WELD
                  DESCRIPTION: FL TO COMPLY W/DOT SAFETY RULE


010 CITATION      VIOLATION DT: 05/21/1998  CONVICTION DT: 07/22/1998 POINTS: 02
                  CITATION NO: 2196         COURT: JOHNSTOWN MUN
                  ACCIDENT: NO  ISSUING AGY: JOHNSTOWN PD
                  DESCRIPTION: DEFECTIVE OR UNSAFE VEHICLE


011 CITATION      VIOLATION DT: 06/22/1990  CONVICTION DT: 08/01/1990 POINTS: 01
                  CITATION NO: 68338        COURT: COMMERCE CITY MUN
                  ACCIDENT: NO  ISSUING AGY: COMMERCE CITY PD
                  DESCRIPTION: SPEEDING - 1-4 MPH OVER LIMIT


012 CITATION      VIOLATION DT: 03/04/1987  CONVICTION DT: 04/08/1987 POINTS: 03
                  CITATION NO: 23904        COURT: ARAPAHOE CO A
                  ACCIDENT: NO  ISSUING AGY: GREENWOOD VILLAGE PD
                  DESCRIPTION: DROVE WITHOUT VALID DR LICENSE


013 CITATION      VIOLATION DT: 11/02/1985  CONVICTION DT: 10/10/1986 POINTS: 04
                  CITATION NO: 0596939      COURT: ADAMS CO
                  ACCIDENT: YES ISSUING AGY: CSP/ADAMS 1A
                  DESCRIPTION: CARELESS DRIVING


014 CITATION      VIOLATION DT: 02/19/1985  CONVICTION DT: 09/06/1985 POINTS: 02
                  CITATION NO: I41271       COURT: AURORA MUN
                  ACCIDENT: YES ISSUING AGY: AURORA PD
                  DESCRIPTION: PARK ON GRADE/FAILED SET BRAKE
                               DEFECTIVE OR UNSAFE VEHICLE


015 CITATION      VIOLATION DT: 12/27/1984  CONVICTION DT: 01/22/1985 POINTS: 02
                  CITATION NO: I43647       COURT: AURORA MUN
                  ACCIDENT: NO  ISSUING AGY: AURORA PD
                  DESCRIPTION: FAIL TO GIVE/IMPROPER SIGNAL


                      **** MORE PAGES TO FOLLOW ****
```

```
                        STATE OF COLORADO
                       MOTOR  VEHICLE  RECORD
NAME    : ALAN TIMOTHY HERSHEY                      DATE: 07/28/14
ADDRESS: 512 12TH ST                                TIME: 16:10:07
         GILCREST CO 80623                          PAGE: 03


    ----------------------------------RECORD------------------------------------

016 CITATION      VIOLATION DT: 04/15/1984   CONVICTION DT: 01/23/1985 POINTS: 04
                  CITATION NO: I23085         COURT: AURORA MUN
                  ACCIDENT: NO  ISSUING AGY: AURORA PD
                  DESCRIPTION: VIOLATION OF RED SIGNAL LIGHT

017 CITATION      VIOLATION DT: 12/19/1983   CONVICTION DT: 02/14/1984 POINTS: 03
                  CITATION NO: 012564         COURT: ARAPAHOE CO A
                  ACCIDENT: NO  ISSUING AGY: AURORA PD
                  DESCRIPTION: DROVE WITHOUT VALID DR LICENSE


                     **** END OF MOTOR VEHICLE RECORD ****
              "ACCIDENT" REFLECTS INVOLVEMENT ONLY AND DOES NOT IMPLY FAULT
                     ******************************************
          AS OF THE PRINTED DATE OF THIS MOTOR VEHICLE RECORD, THIS REPORT SERVES
          AS A CLEARANCE LETTER. THE ABOVE NAMED PERSON IS ELIGIBLE TO APPLY FOR
          A DRIVER LICENSE IN THE STATE OF COLORADO OR ANY OTHER JURISDICTION.
                     ******************************************
          ANY UNPAID TICKETS MUST BE PAID TO THE COURT SHOWN EXCEPT UNPAID PENALTY
              ASSESSMENT WHICH MUST BE PAID TO THE DEPARTMENT OF REVENUE AT:
                           1881 PIERCE ST. LAKEWOOD, CO.
```