# W-2G Report

Indiana Gaming Company, LP
dba Hollywood Casino
777 Hollywood Blvd.
Lawrenceburg, IN 47025
Fed Tax ID # 371314886
State Tax ID # 6354190002

> The report only contains the information about jackpots that required a W2G. Please combine this W2G Report and the Win/Loss Statement to obtain an accurate total. Use the total amount of the Jackpot column on the lsat page of this report.

| SSN | Date | FirstName | LastName | Jackpot | State Tax | Fed Tax |
|---|---|---|---|---|---|---|
| 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 | | | | | | |
| 96330 | 5/10/2010 | ALAN | HERSHEY | $8,686.00 | $0.00 | $2,172.00 |
| Summary for 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 (1 record) | | | | $8,686.00 | $0.00 | $2,172.00 |

> The report only contains the information about jackpots that required a W2G. Please combine this W2G Report and the Win/Loss Statement to obtain an accurate total. Use the total amount of the Jackpot column on the last page of this report.

Wednesday, May 16, 2012　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1