## Funding for Purchase of Ruddy Ct.

| | | |
|---|---|---|
| 8/8/05 | Cashier Check payable to Ocwen Loan | $214,809.02 |

---

## Deposits to CBRI, Inc. Account

| | | |
|---|---|---|
| 8/1/05 | $9,999.00 | Cash |
| 8/2/05 | $9,999.00 | Cash |
| 8/3/05 | $9,999.00 | Cash |
| 8/4/05 | $9,999.00 | Cash |
| 8/5/05 | $9,999.00 | Cash |
| 8/8/05 | $50,400.00 | Transfer from Renee Molinar account |
| 8/8/05 | $112,015.00 | Wire from Renee Molinar dba Johnstown Liquor account |

GOVERNMENT
EXHIBIT
1
7/17/14

## Funding for 512 12th Street, Gilcrest

| | | |
|---|---|---|
| 8/19/05 | Cashier Check payable to Greenpoint Mortgage | $128,002.98 |

## Deposits to CBRI, Inc. Account:

| | | |
|---|---|---|
| 8/8/05 | $1,056.55 | Balance |
| 8/16/05 | $9,999.00 | Cash |
| 8/17/05 | $9,999.00 | Cash |
| 8/18/05 | $3,241.74 | Bruce Thompson |
| 8/18/05 | $9,999.00 | Cash |
| 8/19/05 | $9,999.00 | Cash |
| 8/19/05 | $30,000.00 | Transfer from Renee Molinar account |
| 8/19/05 | $57,000.00 | Wire from Renee Molinar dba Johnstown Liquor account |

GOVERNMENT
EXHIBIT
2
7/17/14

## Funding for 4403 Quartz Lane

| | | |
|---|---|---|
| 12/27/05 | Money Order to Colorado Prestige Escrow | $164,827.27 |

---

## Deposits to Charles Reichert Account

| | | |
|---|---|---|
| 10/20/05 | $200,000.00 | Transfer from Gilcrest Liquor, Inc. account |

## Previous Deposits to Gilcrest Liquor Inc. Account

| | | |
|---|---|---|
| 10/3/05 | $39,866.15 | Third Party Checks |
| 10/4/05 | $39,104.06 | Third Party Checks |
| 10/5/05 | $49,925.57 | Third Party Checks |
| 10/7/05 | $57,464.30 | Third Party Checks |
| 10/12/05 | $40,392.85 | Third Party Checks |

GOVERNMENT
EXHIBIT
3
7/17/14