GOVERNMENT EXHIBIT 9

# Over $4Million in Sales- NO competition- LOW overhead

**Weld County, CO**



| | | | | | |
|---|---|---|---|---|---|
| **Asking Price:** | $1,695,000 | EBITDA: | N/A | | N/A |
| **Gross Income:** | $4,300,000 | FF&E: | N/A | Established: | 1993 |
| **Cash Flow:** | $450,000 | Inventory: | $400,000* | Employees: | 6 |

*****not** included in asking price.

## Business Description

**Best liquor store for sale in Colorado- WILL NOT LAST!**

Over $4 million in sales. 6250 sq ft + 2000 sq ft basement in free standing building in the best location in town. Low rent or possible option to purchase building. 50 cooler doors for beer,

wine and soda. Absolutely no competition. Only liquor store in rapidly growing community. Very loyal customer base and staff. Excellent visibility and signage. Simply the best liquor store available for sale in Colorado. Serious buyers only- please leave contact information at 970-590-3363 for immediate call back.

## Detailed Information

| | |
|---|---|
| **Inventory:** | Not included in asking price |
| **Facilities:** | 6250 sq ft + 2000 sq ft basement. 50 cooler doors, POS system, ice machine, walk in coolers, gondola shelving. |
| **Competition:** | No competition. Prime location. |
| **Growth & Expansion:** | No current advertising. Possible growth with email and internet presence. |
| **Financing:** | SBA loan |
| **Support & Training:** | Two weeks or as needed |
| **Reason for Selling:** | Personal |

**Ad#: 1081689**

## Business Listed By:
## Ben Fisher