# TIMELINE OF PROPERTY TRANSACTIONS
## (BUYERS)



| # | Property | Transactions |
|---|---|---|
| #1A | 21 S. Parish | 12/12/96 Molinar; 3/22/12 RH |
| #1B | Johnstown Liquor | 1/26/98 Molinar; 1/1/00 Aldrich; 3/15/01 Molinar; 11/17/11 J. Liquor Inc. (Fisher) |
| #2 | Oak | 6/15/01 Molinar; 7/7/06 Morganti Prop. |
| #3 | Riviera | 11/29/01 Molinar; 2/1/05 Stinnett; 6/8/10 Molinar; 3/22/12 RH |
| #4 | Elm | 4/18/02 Molinar; 3/22/12 RH |
| #5 | Canal | 9/11/02 Molinar; 3/22/12 RH |
| #6 | Norma | 10/14/02 Siehl |
| #7 | Katsura | 8/28/03 Siehl |
| #8A | Gilcrest Liquor Inc. | 3/15/04 Stinnett; 8/8/06 J.H. Inc. (Singh/Kaur) |
| #8B | Railroad | 5/24/04 Siehl; 9/21/06 Singh/Kaur |
| #9 | Ruddy | 8/8/05 CBRI (Reichert); 6/4/10 Reichert; 1/9/12 TH; 3/22/12 RH |
| #10 | 12th St. | 8/19/05 CBRI (Reichert); 6/4/10 Reichert; 1/9/12 TH; 3/22/12 RH |
| #11 | Quartz | 12/22/05 Reichert; 1/9/12 TH; 3/22/12 RH |
| #12A | Liquor Plus (295173 Corp.) | 5/15/06 295173 Corp. (Siehl); 3/26/07 AKA, Inc. |
| #12B | 11th | 9/22/06 Reichert; 3/26/07 Afeworki Gebre LLC |

TH - TIMOTHY HERSHEY
RH - ROBERT HERSHEY


GOVERNMENT EXHIBIT 10 (COPY)

5/7/2014

# TIMELINE OF PROPERTY TRANSACTIONS
## (SALES PRICES)



TH - TIMOTHY HERSHEY
RH - ROBERT HERSHEY

5/7/2014