DIRECT INQUIRIES TO:

**GUARANTY BANK℠ AND TRUST COMPANY**
Member FDIC

| | |
|---|---|
| Current Date: | September 14, 2011 |
| Account Number: | 301048339 |
| Capture Date: | February 23, 2009 |
| Item Number: | 93330000063180 |
| Posted Date: | February 23, 2009 |
| Posted Item Number: | 54044898 |
| Amount: | 95,000.00 |
| Record Type: | Debit |

295173 CORP
DBA LIQUOR PLUS
P O BOX 632
JOHNSTOWN CO 80534-4000



Check payable to CASH for $95,000.00, dated 2-21-09, drawn on Guaranty Bank and Trust Company, account 301048339. Endorsed on reverse; processed 2/23/2009.

GOVERNMENT EXHIBIT 11

DIRECT INQUIRIES TO:

**GUARANTY BANK™ AND TRUST COMPANY**
Member FDIC

Page: 1

---

**ADVICE OF CHARGE**
CHECKING
DATE 3/2/09 (SAT)
APPROVED BY Herman x52001

ACCOUNT NUMBER * 0301048339

WE CHARGE YOUR ACCOUNT AS FOLLOWS
Cash    295173 Corp
        DBA Liquor Plus

AMOUNT  95,000.00

Douglas Stone

$ 95 000.00

⬇ TOTAL AMOUNT ⬇

⑆102000966⑆ 0301048339⑈   54

03/02/2009                $95,000.00
93330000066446

---

**ADVICE OF CHARGE**
CHECKING
DATE 3/7/09
APPROVED BY

ACCOUNT NUMBER * 0301048339

WE CHARGE YOUR ACCOUNT AS FOLLOWS
Cash

AMOUNT  95000

295173 Corp

$ 95000.00

⬇ TOTAL AMOUNT ⬇

⑆102000966⑆ 0301048339⑈   54

03/09/2009                $95,000.00
93330000071044

DIRECT INQUIRIES TO:


**GUARANTY BANK**
**AND TRUST COMPANY**
Member FDIC

Page: 2



03/16/2009             $49,500.00
93330000075272