# Weld County Treasurer

| Account | Parcel Number | Receipt Date | Receipt Number |
|---|---|---|---|
| R7308298 | 105911309007 | Jul 15, 2014 | 2014-07-15-11-9336 |

SIEHL THEA
PO BOX 774
JOHNSTOWN, CO 80534-0774

| Situs Address | Payor |
|---|---|
| 110 KATSURA CIR MILLIKEN 000000000 | TIM A HERSHEY<br>PO BOX 82<br>GILCREST, CO 80623 |

**Legal Description**
MIL 3WM  L7 BLK9 WAL MAR 3RD SUB

| Property Code | Actual | Assessed | Year | Area | Mill Levy |
|---|---|---|---|---|---|
| SINGLE FAM.RES.-LAND - 1112 | 30,000 | 2,390 | 2013 | 2823 | 99.967 |
| SINGLE FAM.RES-IMPROVEMTS - 1212 | 102,999 | 8,200 | 2013 | 2823 | 99.967 |

**Payments Received**

Cash                                              $5,411.28
Payor TIM A HERSHEY PO BOX 82 GILCREST, CO 80623

**Payments Applied**

| Year | Charges | Billed | Prior Payments | New Payments | Balance |
|---|---|---|---|---|---|
| 2013 | Rebilling Fee | $5.00 | $0.00 | $0.00 | $5.00 |
| 2013 | REBILLING FEE | $0.00 | $0.00 | $0.00 | $0.00 |
| 2013 | Interest | $31.76 | $0.00 | $0.00 | $31.76 |
| 2013 | Tax | $1,058.65 | $0.00 | $0.00 | $1,058.65 |
| 2012 | Rebilling Fee | $5.00 | $5.00 | $0.00 | $0.00 |
| 2012 | Endorsement Fee | $5.00 | $5.00 | $0.00 | $0.00 |
| 2012 | REBILLING FEE | $0.00 | $0.00 | $0.00 | $0.00 |
| 2012 | Interest | $47.31 | $47.31 | $0.00 | $0.00 |
| 2012 | Lien Interest | $124.02 | $0.00 | $124.02 | $0.00 |
| 2012 | Tax | $1,182.85 | $1,182.85 | $0.00 | $0.00 |
| 2012 | Lien Endorsement | $1,240.16 | $0.00 | $1,240.16 | $0.00 |
| 2011 | REBILLING FEE | $5.00 | $5.00 | $0.00 | $0.00 |
| 2011 | Endorsement Fee | $5.00 | $5.00 | $0.00 | $0.00 |
| 2011 | Interest | $48.02 | $48.02 | $0.00 | $0.00 |
| 2011 | Lien Interest | $136.34 | $0.00 | $136.34 | $0.00 |
| 2011 | Lien Interest | $115.37 | $0.00 | $115.37 | $0.00 |
| 2011 | Tax | $1,200.52 | $1,200.52 | $0.00 | $0.00 |



GOVERNMENT EXHIBIT 20

# Weld County Treasurer

| Payments Applied | | | | | |
|---|---|---|---|---|---|
| 2011 | Lien Endorsement | $1,258.54 | $0.00 | $1,258.54 | $0.00 |
| 2010 | REBILLING FEE | $5.00 | $5.00 | $0.00 | $0.00 |
| 2010 | Endorsement Fee | $5.00 | $5.00 | $0.00 | $0.00 |
| 2010 | Interest | $37.14 | $37.14 | $0.00 | $0.00 |
| 2010 | Lien Interest | $105.70 | $0.00 | $105.70 | $0.00 |
| 2010 | Lien Interest | $97.57 | $0.00 | $97.57 | $0.00 |
| 2010 | Lien Interest | $89.43 | $0.00 | $89.43 | $0.00 |
| 2010 | Tax | $928.54 | $928.54 | $0.00 | $0.00 |
| 2010 | Lien Endorsement | $975.68 | $0.00 | $975.68 | $0.00 |
| 2009 | Advertising Fee | $10.00 | $10.00 | $0.00 | $0.00 |
| 2009 | COPR | $4.00 | $4.00 | $0.00 | $0.00 |
| 2009 | Tax Sale Auction Fee | $7.00 | $7.00 | $0.00 | $0.00 |
| 2009 | REBILLING FEE | $5.00 | $5.00 | $0.00 | $0.00 |
| 2009 | Redemption Fee | $7.00 | $0.00 | $7.00 | $0.00 |
| 2009 | Interest | $58.32 | $58.32 | $0.00 | $0.00 |
| 2009 | Lien Interest | $76.45 | $0.00 | $76.45 | $0.00 |
| 2009 | Lien Interest | $91.75 | $0.00 | $91.75 | $0.00 |
| 2009 | Lien Interest | $91.74 | $0.00 | $91.74 | $0.00 |
| 2009 | Lien Interest | $84.10 | $0.00 | $84.10 | $0.00 |
| 2009 | Tax | $833.11 | $833.11 | $0.00 | $0.00 |
| 2009 | Lien | $917.43 | $0.00 | $917.43 | $0.00 |
| | | | | $5,411.28 | $1,095.41 |
| | | **Balance Due as of Jul 15, 2014** | | | $1,095.41 |

Thank you for your payment all payments subject to final bank clearance

# Weld County Treasurer

| Account | Parcel Number | Receipt Date | Receipt Number |
|---|---|---|---|
| R4627286 | 105911234013 | Jul 15, 2014 | 2014-07-15-11-9335 |

SIEHL THEA
PO BOX 774
JOHNSTOWN, CO 80534-0774

| Situs Address | Payor |
|---|---|
| 213 S NORMA AV MILLIKEN 000000000 | TIM A HERSHEY<br>PO BOX 82<br>GILCREST, CO 80623 |

**Legal Description**
MIL W78-12 L12 BLK78 REPLAT PORTION WAL MAR SUB

| Property Code | Actual | Assessed | Year | Area | Mill Levy |
|---|---|---|---|---|---|
| SINGLE FAM.RES.-LAND - 1112 | 30,000 | 2,390 | 2013 | 2823 | 99.967 |
| SINGLE FAM.RES-IMPROVEMTS - 1212 | 68,659 | 5,470 | 2013 | 2823 | 99.967 |

**Payments Received**

| | |
|---|---|
| Cash | $5,200.00 |
| Payor TIM A HERSHEY PO BOX 82 GILCREST, CO 80623 | |
| Cash | ($80.42) |

**Payments Applied**

| Year | Charges | Billed | Prior Payments | New Payments | Balance |
|---|---|---|---|---|---|
| 2013 | TITLE REPORT DEED #4337 / TAX CERTIFICATE 2010-09210 / R4627286 | $200.00 | $0.00 | $200.00 | $0.00 |
| 2013 | DEED #4337 ADVERTISING CHARGE / TAX CERT #2010-09210 / R4627286 | $30.52 | $0.00 | $30.52 | $0.00 |
| 2013 | DEED 4337 ADVERTISING CHARGE / TAX CERTIFICATE 2010-09210 / R4627286 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2013 | REBILLING FEE | $0.00 | $0.00 | $0.00 | $0.00 |

## Weld County Treasurer

| Payments Applied | | | | | |
|---|---|---|---|---|---|
| 2013 | DEED 4337 CERTIFIED MAILING / TAX CERT #2010-09210 / R4627286 | $32.40 | $0.00 | $32.40 | $0.00 |
| 2013 | Rebilling Fee | $5.00 | $0.00 | $5.00 | $0.00 |
| 2013 | DEED 4337 PROPERTY POSTING CHARGE TAX CERTIFICATE 2010-09210 / R4627286 | $20.00 | $0.00 | $20.00 | $0.00 |
| 2013 | Interest | $23.57 | $0.00 | $23.57 | $0.00 |
| 2013 | Tax | $785.74 | $0.00 | $785.74 | $0.00 |
| 2012 | Rebilling Fee | $5.00 | $5.00 | $0.00 | $0.00 |
| 2012 | Endorsement Fee | $5.00 | $5.00 | $0.00 | $0.00 |
| 2012 | REBILLING FEE | $0.00 | $0.00 | $0.00 | $0.00 |
| 2012 | Interest | $34.33 | $34.33 | $0.00 | $0.00 |
| 2012 | Lien Interest | $60.17 | $0.00 | $60.17 | $0.00 |
| 2012 | Lien Interest | $30.09 | $0.00 | $30.09 | $0.00 |
| 2012 | Tax | $858.26 | $858.26 | $0.00 | $0.00 |
| 2012 | Lien Endorsement | $902.59 | $0.00 | $902.59 | $0.00 |
| 2011 | REBILLING FEE | $5.00 | $5.00 | $0.00 | $0.00 |
| 2011 | Endorsement Fee | $5.00 | $5.00 | $0.00 | $0.00 |
| 2011 | Interest | $34.84 | $34.84 | $0.00 | $0.00 |
| 2011 | Lien Interest | $99.22 | $0.00 | $99.22 | $0.00 |
| 2011 | Lien Interest | $53.43 | $0.00 | $53.43 | $0.00 |
| 2011 | Lien Interest | $30.53 | $0.00 | $30.53 | $0.00 |
| 2011 | Tax | $871.08 | $871.08 | $0.00 | $0.00 |
| 2011 | Lien Endorsement | $915.92 | $0.00 | $915.92 | $0.00 |
| 2010 | REBILLING FEE | $5.00 | $5.00 | $0.00 | $0.00 |
| 2010 | Endorsement Fee | $5.00 | $5.00 | $0.00 | $0.00 |
| 2010 | Interest | $28.06 | $28.06 | $0.00 | $0.00 |
| 2010 | Lien Interest | $80.13 | $0.00 | $80.13 | $0.00 |
| 2010 | Lien Interest | $73.96 | $0.00 | $73.96 | $0.00 |
| 2010 | Lien Interest | $43.15 | $0.00 | $43.15 | $0.00 |
| 2010 | Lien Interest | $24.65 | $0.00 | $24.65 | $0.00 |
| 2010 | Tax | $701.58 | $701.58 | $0.00 | $0.00 |
| 2010 | Lien Endorsement | $739.64 | $0.00 | $739.64 | $0.00 |
| 2009 | Advertising Fee | $10.00 | $10.00 | $0.00 | $0.00 |
| 2009 | COPR | $4.00 | $4.00 | $0.00 | $0.00 |
| 2009 | Tax Sale Auction Fee | $7.00 | $7.00 | $0.00 | $0.00 |
| 2009 | REBILLING FEE | $5.00 | $5.00 | $0.00 | $0.00 |
| 2009 | Redemption Fee | $7.00 | $0.00 | $7.00 | $0.00 |
| 2009 | Interest | $44.06 | $44.06 | $0.00 | $0.00 |
| 2009 | Lien Interest | $58.29 | $0.00 | $58.29 | $0.00 |

## Weld County Treasurer

| Payments Applied | | | | | |
|---|---|---|---|---|---|
| 2009 | Lien Interest | $69.96 | $0.00 | $69.96 | $0.00 |
| 2009 | Lien Interest | $69.95 | $0.00 | $69.95 | $0.00 |
| 2009 | Lien Interest | $40.81 | $0.00 | $40.81 | $0.00 |
| 2009 | Lien Interest | $23.32 | $0.00 | $23.32 | $0.00 |
| 2009 | Tax | $629.48 | $629.48 | $0.00 | $0.00 |
| 2009 | Lien | $699.54 | $0.00 | $699.54 | $0.00 |
| | | | | $5,119.58 | $0.00 |
| | | **Balance Due as of Jul 15, 2014** | | | **$0.00** |

Thank you for your payment all payments subject to final bank clearance