# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00281-CMA    )
                                       )
UNITED STATES OF AMERICA,              )
                                       )
      Plaintiff,                       )
                                       )
v.                                     )
                                       )
1.    **ALAN TIMOTHY HERSHEY**            )
2.    **RENEE MOLINAR**                   )
                                       )
      Defendants.                      )

---

## [PROPOSED] ORDER ON
## DEFENDANTS' UNOPPOSED MOTION FOR EXCLUSION OF ADDITIONAL TIME BEFORE WHICH THE TRIAL FOR THE OFFENSES CHARGED IN THE INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C. § 3161(h)

---

THIS MATTER comes before the Court on Defendants' Unopposed Motion for Exclusion of Additional Time Before Which the Trial for the Offenses Charged in the Indictment Must Commence Pursuant to 18 U.S.C. § 3161(h) and this Court, after having reviewed this pleading and its file in this matter, and being otherwise fully advised in the premises, hereby ORDERS that:

    1. The ends of justice will be served by the granting of an additional one-hundred ten (110) days before trial must commence in this case. 110 additional days are hereby excluded from the current speedy trial deadlines in this case. In this connection, the Court finds that: a) Defendants have demonstrated the continuing challenges of computing the global criminal tax loss and have articulated the need for additional legal research to properly apply the U.S. Sentencing Guidelines in this case, thereby making

1

2

a finding of continuing complexity appropriate; and b) denial of the additional time requested by Defense counsel for trial preparation (or disposition without trial) would be a denial of the reasonable time necessary for effective preparation for trial or, in the alternative, proper disposition of this case without trial.

2. IT IS FURTHER ORDERED that, in light of the Court's grant of an additional 110 days' exclusion from the speedy trial clock, the current pre-trial motions filing deadline of January 12, 2015 (Defense) and response deadline of January 26, 2015 (Government) are hereby VACATED.

3. IT IS FURTHER ORDERED that, in light of the Court's grant of an additional 110 days' exclusion from the speedy trial clock, the final pre-trial conference and trial dates of February 3, 2015, and February 17, 2015, respectively, are hereby VACATED.

4. The Court hereby ORDERS that counsel for both the Government and the Defense shall participate in a further status conference in this case. Counsel shall jointly contact Chambers on or before March 20, 2015, for purposes of setting the date and time of this conference.

Dated: December _____, 2014

_____
CHRISTINE M. ARGUELLO
United States District Judge