**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 14-cr-00281-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    ALAN TIMOTHY HERSHEY
2.    RENEE MOLINAR

      Defendants.

---

**ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT,
CONTINUE TRIAL DATES, AND SET STATUS CONFERENCE**

---

This matter is before the Court on Defendants' Unopposed Motion for Exclusion of Additional Time (Doc. # 52).  The Court has reviewed this motion and the case file, and the reasons set forth in the motion, specifically:

1.    Defendants, in their Motion, have demonstrated the continuing challenges of computing the global criminal tax loss and have articulated the need for additional legal research to properly apply the U.S. Sentencing Guidelines in this case; and

2.    Denial of the additional time requested by Defense counsel for trial preparation (or disposition without trial) would be a denial of the reasonable time necessary for effective preparation for trial.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendant in a speedy trial.  It is, therefore,

ORDERED that  Defendant's Unopposed Motion for Exclusion of Additional Time (Doc. # 52) is GRANTED and the Court hereby grants an ends of justice continuance in this case of <u>110 days, to be excluded from the speedy trial clock, which currently stands at March 28, 2015</u>.  It is

FURTHER ORDERED that the Final Trial Preparation Conference, set for February 3, 2015, at 3:00 PM, and the 12-day Jury Trial, set to commence February 17, 2015, are VACATED.  It is

FURTHER ORDERED that a status conference is set for **March 31, 2015, at 3:30 p.m.**, in Courtroom A602, at which time motions deadlines and a new trial date will be set.  At this time, this hearing will not merit the attendance of any Defendant unless such attendance is requested.

DATED:  December   18   , 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge