IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00281-CMA-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RENEE MOLINAR

    Defendant.

---

NOTICE OF DISPOSITION AND
MOTION REQUESTING A SETTING FOR A CHANGE OF PLEA

---

The Defendant, Renee Molinar, by and through her counsel, Amanda B. Cruser, hereby notifies the Court that the parties have reached a disposition in this matter.

The parties request a setting for a Change of Plea.

Respectfully submitted March 31, 2015.

          s/Amanda B. Cruser
          *Amanda B. Cruser*
          Boog & Cruser, P.C.
          3333 S. Wadsworth Blvd., D-201
          Lakewood, CO 80227
          Phone:  (303) 986-5769
          Fax:  (303) 985-3297
          abcruser@vfblaw.com
          Attorney for the Defendant

CERTIFICATE OF SERVICE

  I hereby certify that on March 31, 2015, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following email addresses:

Linda Kaufman, Assistant U.S. Attorney
Linda.Kaufman@usdoj.gov

Michael Arvin, Counsel to Timothy Hershey
Mike.Arvin@Arvin-Denver.com

                s/Amanda B. Cruser
                *Amanda B. Cruser*
                Boog & Cruser, P.C.
                3333 S. Wadsworth Blvd., D-201
                Lakewood, CO 80227
                Phone:  (303) 986-5769
                Fax:  (303) 985-3297
                abcruser@vfblaw.com
                Attorney for the Defendant