## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.  14-cr-00281-CMA-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ALAN TIMOTHY HERSHEY,
       Defendant.

## NOTICE OF DISPOSITION

      Comes now the plaintiff, United States of America, by and through Linda Kaufman, Assistant United States Attorney for the District of Colorado, and informs the Court that the parties have reached a disposition in this matter.

      The undersigned has conferred with Michael F. Arvin, Counsel for Defendant Alan Timothy Hershey, who has agreed to jointly request a change of plea hearing at the earliest possible date.  This matter is currently scheduled for a 2-week trial to commence June 29, 2015, and a final trial preparation conference on June 15, 2015.  A courtesy copy of the signed Plea Agreement, as well as a copy of the Statement in Advance of Change of Plea will be provided to the Court today.

      Potential dates for the Change of Plea hearing which are mutually acceptable to the parties are May 11, May 12, May 13, May 14, May 15, May 18, May 19, May 20, May 21, May 22, May 27, May 28, and May 29.

Respectfully submitted,


*By: Linda Kaufman*
LINDA KAUFMAN
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
(303) 454-0220
(303) 454-0402 (fax)
Linda.Kaufman@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of May, 2015, I electronically filed the foregoing **"Notice of Disposition "** using the CM/ECF system which will send notification of such filing to the following e-mail address:

Michael F. Arvin
Arvinlawoffices-ecf@comcast.net, arvindenver@comcast.net

Amanda B. Cruser
abcruser@vfblaw.com

                                             s/ *Mariah Tracy*
                                             MARIAH TRACY
                                             Legal Assistant
                                             U.S. Attorney's Office
                                             1225 17th St., Suite 700
                                             Denver, CO  80202
                                             Telephone:  (303) 454-0100
                                             Fax:  (303) 454-0401
                                             e-mail: Mariah.Tracy@usdoj.gov