IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-281-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **ALAN TIMOTHY HERSHEY,**
2. **RENEE MOLINAR,**

    Defendants.

---

## PLAINTIFF'S UNOPPOSED MOTION TO DISCLOSE MATTERS OCCURRING BEFORE GRAND JURY TO UNITED STATES PROBATION OFFICERS

---

Plaintiff UNITED STATES OF AMERICA, by Assistant United States Attorney Linda Kaufman, respectfully moves the Court, pursuant to Fed. R. Crim. P. 6 (e) (3) (E) (i), for an order authorizing Plaintiff to disclose testimony of witnesses before the grand jury and exhibits presented to the grand jury to United States Probation Officers Gary Burney and Robert Ford to assist them in reviewing the voluminous discovery in this case, on the terms and conditions outlined below.

AS GROUNDS FOR THIS MOTION, Plaintiff states as follows:

1. Fed. R. Crim. P.6 (e), with various exceptions, prohibits the disclosure of a matter occurring before the grand jury.

2. Grand jury transcripts of testimony and grand jury exhibits reveal matters occurring before the grand jury.

3. Fed. R. Crim. P. 6 (e) (3) (E) (i) allows for court-authorized disclosure of matters occurring before a grand jury when such disclosure is preliminary to or in connection with a judicial proceeding.

4. The pending case against the defendants is a judicial proceeding in which both defendants have entered guilty pleas and are scheduled for sentencing hearings, also judicial proceedings. The requested disclosure is in connection with such proceedings. Plaintiff wishes to provide this discovery to the probation officers who have been assigned to prepare presentence investigation reports, but may only do so with the Court's approval.

5. Since matters occurring before the grand jury must, pursuant to Fed. R. Crim. P. 6(e), remain secret, Plaintiff moves that disclosure be allowed only for purposes of preparing presentence reports and otherwise addressing sentencing issues in this case, and that such disclosure be made only to United States Probation Officers Gary Burney and Robert Ford and such other personnel of the United States Probation Department as may be needed to assist them in carrying out their assigned duties in this case; that if copies of any transcripts of testimony or exhibits are made for the probation department, that they shall be maintained in the custody of the probation department; that such material shall not be reproduced or disseminated; and that such materials shall be returned to Plaintiff at the completion of this case.

6. Neither Michael Arvin, who represents Defendant Hershey, nor Amanda Cruser, who represents Renee Molinar, objects to this motion.

WHEREFORE, Plaintiff respectfully requests that the Court authorize the disclosure of grand jury testimony and exhibits to United States Probation Officers Gary Burney and Robert Ford and such other personnel of the United States Probation Department as may be needed to assist them in carrying out their assigned duties in this case, in the course of providing discovery in this case, on the terms and conditions outlined above.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ *Linda Kaufman*
Linda Kaufman
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Linda.Kaufman@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on this day 28th of May, 2015, I electronically filed the foregoing **PLAINTIFF'S UNOPPOSED MOTION TO DISCLOSE MATTERS OCCURRING BEFORE GRAND JURY TO UNITED STATES PROBATION OFFICERS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

Michael F. Arvin
E-mail: arvinlawoffices-ecf@arvin-denver.com

Amanda B. Cruser
Email- abcruser@vfblaw.com

Gary Burney (US Probation Department)
Email: Gary_Burney@cod.uscourts.gov

Robert Fort (US Probation Department)
Email: Robert_W_Ford@cod.uscourts.gov


By: *s/ Mariah Tracy*
MARIAH TRACY
Legal Assistant
United States Attorney's Office
1225 - 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0205
Fax: (303) 454-0402
E-mail: Mariah.Tracy@usdoj.gov