IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   14-cr-281-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **ALAN TIMOTHY HERSHEY,**
2.    **RENEE MOLINAR**

    Defendants.

---

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISCLOSE MATTERS OCCURRING BEFORE GRAND JURY TO UNITED STATES PROBATION OFFICERS

This matter is before the Court on Plaintiff's Motion to Disclose Matters Occurring Before Grand Jury to United States Probation Officers, filed pursuant to Fed. R. Crim. P. 6 (e) (3) (E) (i). Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that Plaintiff's Unopposed Motion to Disclose Matters Occurring Before Grand Jury to United States Probation Officers is granted.

FURTHER ORDERED that testimony of witnesses before the grand jury and exhibits presented to the grand jury may be disclosed to United States Probation Officers Gary Burney and Robert Ford and such other personnel of the United States Probation Department as may be needed to assist them in carrying out their assigned duties in this case.   It is

FURTHER ORDERED that such materials shall only be used in preparing for sentencing in this case; that such materials may be disclosed only to United States Probation Officers Gary Burney and Robert Ford and such other personnel of the United

States Probation Department as may be needed to assist them in carrying out their assigned duties in this case; that if copies are made, the United States Probation Office shall maintain custody of such copies, and shall not reproduce or disseminate them; and that any material provided pursuant to this Order shall be returned to Plaintiff at the completion of the case.

DATED: _____ \_\_\_\_, 2015.

BY THE COURT:

_____
CHRISTINE M. ARUGELLO
UNITED STATES DISTRICT JUDGE