IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00281-CMA-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RENEE MOLINAR

    Defendant.

---

DEFENDANT RENEE MOLINAR'S OBJECTIONS AND CORRECTIONS TO THE
PRESENTENCE INVESTIGATION REPORT (Doc. #70)

---

    Defendant Renee Molinar, through undersigned counsel, Amanda B. Cruser, hereby sets forth its objections and corrections to the Presentence Investigation Report (Doc. #70), which was filed on July 27, 2015.

    PARAGRAPH 83:    Hope's last name is "Alvarez", not "Molinar."

    PARAGRAPH 84:    Tammy's biological father is "Ray Martinez", not "Unknown."

    PARAGRAPH 86:    Nicole Lopez's father is "Severo Cordova", not "Jose Lara."

    PARAGRAPH 87:    Hope's last name is "Alvarez", not "Molinar."

    PARAGRAPH 89:    This paragraph should be modified to reflect that "Nicole's boyfriend, not Jordan's biological father, severely beat Jordan." Also, that "Nicole entered a plea of guilty to child abuse, as a means to protect Jordan because her boyfriend told her that if she didn't take the blame that he would go to the hospital and kill Jordan."

    PARAGRAPH 92:    The residence is a "three-bedroom" rather than a "two-bedroom" townhome.

PARAGRAPH 104:   Renee's current monthly income should be reported as $1,600 gross income every two weeks, with net income of $1,220.00 every two weeks.  Additionally, her current share of rent is $400.00 per month, not $300.00

Respectfully submitted August 10, 2015.

s/Amanda B. Cruser_____
*Amanda B. Cruser*
Boog & Cruser, P.C.
3333 S. Wadsworth Blvd., D-201
Lakewood, CO 80227
Phone:  (303) 986-5769
Fax:  (303) 985-3297
abcruser@vfblaw.com
Attorney for Defendant Molinar

CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2015, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following email addresses:

Linda Kaufman, Assistant U.S. Attorney
Linda.Kaufman@usdoj.gov

Robert W. Ford (U.S. Probation Department)
Email:  Robert_W_Ford@cod.uscourts.gov

s/Amanda B. Cruser_____
*Amanda B. Cruser*
Boog & Cruser, P.C.
3333 S. Wadsworth Blvd., D-201
Lakewood, CO 80227
Phone:  (303) 986-5769
Fax:  (303) 985-3297
abcruser@vfblaw.com
Attorney for Defendant Molinar
