IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00281-CMA-1    )
                                        )
UNITED STATES OF AMERICA,               )
                                        )
    Plaintiff,                          )
                                        )
v.                                      )
                                        )
1.   **ALAN TIMOTHY HERSHEY**,          )
                                        )
    Defendant.                          )

---

**UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING HEARING**

---

    1. Defendant Hershey was indicted in this case on July 3, 2014 [Doc. #1][1] He pled guilty May 13, 2015 pursuant to the terms of a plea agreement entered into with the United States at that time [Doc. # 65]. The Court accepted the plea agreement previously worked out between parties at the change of plea hearing conducted on May 13, 2015. Many terms are contained within the plea agreement, but prominent among them is a requirement that defendant full pay the stated restitution in this case ($ 1,777,183.28) no later than eight (8) days prior to sentencing [Doc. # 66, page 2, third full paragraph thereof]. Defendant's sentencing hearing is currently scheduled for August 25, 2015 [Doc. # 65].

---

[1] [Doc. ##] is a convention used by this writer to identify specific papers filed in the Court's case management and electronic filing system (CM/ECF).

1

In light of the sentencing hearing date currently set and in accordance with the Court's practice standards, sentencing statements by both the United States and the defense are currently due tomorrow, August 11, 2015 [CMA Crim. Practice Standards II.D.1 and D.COLO.LCr 32.1(c)].

2. In order to attempt to fulfill the terms of his plea agreement, defendant must sell numerous real and personal property assets to raise the cash necessary to meet his restitution pre-payment obligation and has been engaged in this task, as best he can—all from within the confines of the Federal Detention Center in Englewood, Colorado—since shortly after his change of plea hearing. While his efforts are ongoing and while many of those efforts can be documented (real estate sales listing contracts, written offers to purchase and acceptances of those offers to sell real estate, and listing of the largest asset on a popular business sale website), none has produced a real estate closing or cash sales proceeds at this date.

3. Defendant simply needs a longer period of time to locate buyers for his assets at reasonably acceptable prices given the facts and circumstances of this case, to execute the sales of these assets and collect the proceeds thereof to meet his obligation. Most of the assets for sale by the defendant are in the six-figure range with the largest in the seven-figure range. In addition, with reference to the largest asset, there are state law licensing procedures which almost any buyer would have to pass through in order for a sale to be finalized (retail liquor store licensing by the State of Colorado and Town of Johnstown, Colorado)—also involving time-consuming steps.

4. In light of defendant's continuing, documented efforts in connection with multiple large asset sales, the undersigned requests a continuance of Mr. Hershey's sentencing hearing to a date most convenient to the Court's calendar, the date occurring on or after ninety (90) days from the now-scheduled date of August 25, 2015. In addition, in order to keep this matter moving forward, the undersigned agrees to provide the Assistant U.S. Attorney with a status report every thirty (30) days which addresses progress then made to-date with regard to these various sales.

4. Finally, the undersigned requests that the sentencing statement filing deadline of August 11, 2015, be vacated and that it be re-established to a date no later than fourteen (14) days prior to the continued sentencing date, all in accordance with the Court's practice standards and the Local Rules for the U.S. District Court for the District of Colorado.

5. Undersigned counsel has spoken with Assistant U.S. Attorney Linda Kaufman regarding this matter and this motion. Ms. Kaufman has given the undersigned permission to represent to the Court that she has no objection to this requested continuance or to the status report feature described above.

WHEREFORE, for all of the foregoing reasons, Defendant respectfully asks that this Court grant his motion to continue his sentencing hearing for a period of approximately 90 days, measured from the currently scheduled date of August 25, 2015. In addition, Defendant requests that the due date for filing of his sentencing statement (now at August 11, 2015) be re-established to a date conforming to the

3

fourteen (14) day rule contained within the Court's practice standards and the Local

Rules.


Dated: August 10, 2015

                                                         /s/ Michael F. Arvin
                                                         ***Michael F. Arvin***
                                                         Michael F. Arvin, Attorney, PC
                                                         3773 Cherry Creek North Drive
                                                         Suite 575
                                                         Denver, CO 80209-3825
                                                         Telephone: (303) 629-6640
                                                         FAX: (303) 629-6679
                                                         E-mail: arvinlawoffices-ecf@arvin-denver.com
                                                         Attorney for Defendant Alan Timothy Hershey

## CERTIFICATE OF SERVICE

       I hereby certify that on this 10th day of August, 2015, I electronically filed the foregoing **UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING HEARING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Linda S. Kaufman
Assistant U.S. Attorney
1225 17th St., Suite 700
Denver, Colorado 80202
Linda.Kaufman@usdoj.gov
Attorney for Plaintiff

Amanda B. Cruser
Boog & Cruser, P.C.
3333 S. Wadsworth Blvd., D-201
Lakewood, CO 80227
Phone:  (303) 986-5769
Fax:  (303) 985-3297
abcruser@vfblaw.com
Attorney for Defendant Renee Molinar

                                 s/ Michael F. Arvin