**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 14-cr-00281-CMA-1   )
                                        )
UNITED STATES OF AMERICA,               )
                                        )
       Plaintiff,                       )
                                        )
v.                                      )
                                        )
1.   **ALAN TIMOTHY HERSHEY**           )
                                        )
       Defendant.                       )

**[PROPOSED] ORDER ON
UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

THIS MATTER comes before the Court on Defendant Alan Timothy Hershey's Unopposed Motion to Continue Sentencing Hearing and this Court, after having reviewed this pleading and its file in this matter, and being otherwise fully advised in the premises, hereby:

ORDERS that Defendant's Motion is GRANTED. Defendant Hershey's original sentencing hearing scheduled for August 25, 2015, is hereby vacated and re-set to _____. In addition, defendant's sentencing statement filing date is continued to a date not later than fourteen (14) days prior to his re-scheduled sentencing date; and

FURTHER ORDERS that Defendant's attorney, Michael F. Arvin, shall provide to the Assistant U.S. Attorney assigned to this case, Linda S. Kaufman, periodic updates

2

as to the status of progress toward liquidation of assets for restitution purposes. Such updates shall occur no less often than every thirty (30) days from the date of this Order.

Dated: August _____, 2015.

                                                              _____
                                                              CHRISTINE M. ARGUELLO
                                                              United States District Judge