IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00281-CMA-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RENEE MOLINAR

    Defendant.

---

### DEFENDANT RENEE MOLINAR'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

---

    Defendant Renee Molinar, through undersigned counsel, Amanda B. Cruser, requests a continuance of the sentencing hearing for at least ninety days and states:

    1.    Defendant Renee Molinar has provided substantial assistance in this case against Co-Defendant Timothy Alan Hershey.

    2.    Sentencing for Defendant Hershey is currently scheduled on Tuesday, August 25, 2015 and his counsel has filed an unopposed motion to continue his sentencing hearing for ninety days. Sentencing for Defendant Molinar is currently scheduled for Thursday, August 27, 2015.

    3.    Undersigned counsel has conferred with AUSA Linda Kaufman and she has no objection to a continuance of the sentencing hearing.

    4.    Given Defendant Molinar's past, present and possible future cooperation in the prosecution of Defendant Hershey, it is appropriate for her sentencing to take place after his sentencing.

For the foregoing reasons, undersigned counsel respectfully requests this court to grant Defendant Molinar's request for a 90 day continuance of the sentencing date and vacate the presently set sentencing date of August 27, 2015.  In addition, Defendant requests that the due date for the sentencing statement now due August 13, 2015, be re-established to a date conforming to the fourteen (14) day rule contained within the Court's practice standards and the Local Rules.

Respectfully submitted August 11, 2015.

    s/Amanda B. Cruser_____
*Amanda B. Cruser*
Boog & Cruser, P.C.
3333 S. Wadsworth Blvd., D-201
Lakewood, CO 80227
Phone:  (303) 986-5769
Fax:  (303) 985-3297
abcruser@vfblaw.com
Attorney for Defendant Molinar

CERTIFICATE OF SERVICE

      I hereby certify that on August 11, 2015, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following email addresses:

Linda Kaufman, Assistant U.S. Attorney
Linda.Kaufman@usdoj.gov

Michael Arvin, Counsel to Timothy Hershey
Mike.Arvin@Arvin-Denver.com

                                              s/Amanda B. Cruser
                                              ***Amanda B. Cruser***
                                              Boog & Cruser, P.C.
                                              3333 S. Wadsworth Blvd., D-201
                                              Lakewood, CO 80227
                                              Phone:  (303) 986-5769
                                              Fax:  (303) 985-3297
                                              abcruser@vfblaw.com
                                              Attorney for Defendant Molinar