IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Criminal Action No. 14-cr-00281-CMA | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 1. **ALAN TIMOTHY HERSHEY**, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO RESTRICT ACCESS PURSUANT TO D.C.COLO.LCrR 47.1**

COMES NOW defendant Alan Timothy Hershey, by and through undersigned counsel, and hereby respectfully requests that the Court grant this Motion to Restrict Access to the Defendant's Unopposed Second Motion to Continue Sentencing Hearing which is being filed concurrently herewith. In this connection, Level 2 restricted access is requested pursuant to D.C.Colo.LCrR 47.1. The reasons for such a request are contained within the brief filed concurrently herewith.

WHEREFORE, the defendant respectfully moves for the entry of an Order restricting access to his Unopposed Second Motion for Continuance of Sentencing Hearing as to all parties with the exception of the Court (including U.S. Probation Officer Gary Burney), the U.S. Attorney's Office and this Defendant.

---

[1] [Doc. xx] is an example of the convention used by this author to identify the docket number assigned to a specific paper by the Court's CM/ECF electronic filing system.

          Respectfully submitted,


Dated: November 24, 2015  by: /s/ Michael F. Arvin
            Michael F. Arvin
            Michael F. Arvin, Attorney, PC
            3773 Cherry Creek North Drive
            Suite 575
            Denver, Colorado 80209
            Telephone: (303) 629-6640
            FAX: (303) 629-6679
            E-mail: arvinlawoffices-ecf@arvin-denver.com
            Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of November, 2015, I electronically filed the foregoing **MOTION TO RESTRICT ACCESS PURSUANT TO D.C.COLO.LCrR 47.1** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Linda S. Kaufman
Assistant U.S. Attorney
1225 17th St., Suite 700
Denver, Colorado 80202
Attorney for Government
Linda.Kaufman@usdoj.gov

                s/ Michael F. Arvin