IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00281-CMA    )
                                       )
UNITED STATES OF AMERICA,              )
                                       )
         Plaintiff,                    )
                                       )
v.                                     )
                                       )
1. **ALAN TIMOTHY HERSHEY**,           )
                                       )
         Defendant.                    )

**[PROPOSED] ORDER ON
MOTION TO RESTRICT ACCESS PURSUANT TO D.C.COLO.LCrR 47.1**

THIS MATTER comes before the Court on defendant Alan Timothy Hershey's Motion to Restrict Access Pursuant to D.C.COLO.LCrR 47.1 and this Court, after having had the opportunity to review this pleading, its file in this matter, and being otherwise fully advised in the premises, hereby:

ORDERS that defendant's Motion is GRANTED, and access to Defendant's Unopposed Motion to Restrict Access Pursuant to D.C.COLO.LCr 47.1, is hereby restricted at Level 2 access as to all parties with the exception of the Court (including U.S. Probation Officer Gary Burney), the U.S. Attorney's Office and this Defendant.

Dated: November_____, 2015.

_____
CHRISTINE M. ARGUELLO
United States District Judge