IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00281-CMA )
)
UNITED STATES OF AMERICA, )
)
      Plaintiff, )
)
v. )
)
1. **ALAN TIMOTHY HERSHEY**, )
)
      Defendant. )

---

**MOTION TO RESTRICT ACCESS PURSUANT TO D.C.COLO.LCrR 47.1**

---

COMES NOW defendant Alan Timothy Hershey, by and through undersigned counsel, and hereby respectfully requests that the Court grant this Motion to Restrict Access to the Defendant's Third Motion to Continue Sentencing Hearing which is being filed concurrently herewith. In this connection, Level 2 restricted access is requested pursuant to D.C.Colo.LCrR 47.1. The reasons for such a request are contained within the brief filed concurrently herewith.

WHEREFORE, the defendant respectfully moves for the entry of an Order sealing his Third Motion for Continuance of Sentencing Hearing as to all parties with the exception of the Court, the U.S. Attorney's Office, the U.S. Probation Officer and this Defendant.

---

[1] [Doc. xx] is an example of the convention used by this author to identify the docket number assigned to a specific paper by the Court's CM/ECF electronic filing system.

1

Respectfully submitted,

Dated: February 29, 2016            by: /s/ Michael F. Arvin
                                    Michael F. Arvin
                                    Michael F. Arvin, Attorney, PC
                                    3773 Cherry Creek North Drive
                                    Suite 575
                                    Denver, Colorado 80209
                                    Telephone:   (303) 629-6640
                                    FAX:         (303) 629-6679
                                    E-mail: arvinlawoffices-ecf@arvin-denver.com
                                    Attorney for Defendant Alan Timothy Hershey

3

CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of February, 2016, I electronically filed the foregoing **MOTION TO RESTRICT ACCESS PURSUANT TO D.C.COLO.LCrR 47.1** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:


Linda S. Kaufman
Assistant U.S. Attorney
1225 17th St., Suite 700
Denver, Colorado 80202
Attorney for Government
Linda.Kaufman@usdoj.gov


      s/ Michael F. Arvin

3