IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00281-CMA   )
                                      )
UNITED STATES OF AMERICA,             )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )
                                      )
1. **ALAN TIMOTHY HERSHEY**,          )
                                      )
        Defendant.                    )

### [PROPOSED] ORDER ON MOTION TO RESTRICT ACCESS PURSUANT TO D.C.COLO.LCrR 47.1

THIS MATTER comes before the Court on defendant Alan Timothy Hershey's Motion to Restrict Access Pursuant to D.C.COLO.LCrR 47.1 and this Court, after having had the opportunity to review this pleading, its file in this matter, and being otherwise fully advised in the premises, hereby:

ORDERS that defendant's Motion is GRANTED, and access to Defendant's Brief in Support of Motion to Restrict Access Pursuant to D.C.COLO.LCrR 47.1, Third Motion for Continuance of Sentencing Hearing, and any documents related to these restricted documents, are hereby restricted at Level 2 access.

2

Dated: March \_\_\_\_\_, 2016.

_____
CHRISTINE M. ARGUELLO
United States District Judge

Case 1:14-cr-00281-CMA   Document 88-1   Filed 02/29/16   USDC Colorado   Page 2 of 2