IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-281-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALAN TIMOTHY HERSHEY,
2. RENEE MOLINAR

    Defendants.

_____

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 95**
_____

    The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Linda Kaufman, respectfully moves to restrict Document No. 95, attachments thereto, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2 " restriction which would make the document, any order revealing the contents of that document, and the brief filed in support of this motion, "viewable by Selected Parties and Court" only.

Dated this 4th day of March, 2016.

                Respectfully submitted,

                JOHN F. WALSH
                United States Attorney


By:   *s/ Linda Kaufman*
      LINDA KAUFMAN
      Assistant U.S. Attorney
      United States Attorney's Office
      1225 17th Street, Suite 700
      Denver, CO   80202
      (303) 454-0100
      Email:Linda.Kaufman@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on this 4th day of March, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Michael F. Arvin
Email: arvinlawoffices-ecf@arvin-denver.com

Amanda B. Cruser
abcruser@vfblaw.com

                                                             s/*Mariah Tracy*
                                                             Mariah Tracy
                                                             Legal Assistant
                                                             United States Attorney's Office
                                                             1225 17th Street, Suite 700
                                                             Denver, CO 80202
                                                             303 454-0100
                                                             Fax: 303 454-0402
                                                             Email: Mariah.tracy@usdoj.gov