IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-281-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALAN TIMOTHY HERSHEY,
2. RENEE MOLINAR

    Defendants.

_____

## ORDER TO RESTRICT DOCUMENT NO. 95
_____

This matter is before the Court on the Government's Motion to Restrict Document No. 95. Upon consideration and for good cause shown,

IT IS ORDERED that Document No. 95, attachments thereto, the Government's Brief in Support of Motion to Restrict Document No. 95, as well as any order revealing the contents of that document, are hereby restricted until further order by the Court.

IT IS ORDERED that Document No.95 shall be restricted to a "Level 2" and will be "viewable by Select Parties and Court" only.

IT IS SO ORDERED on this _____ day of March, 2016.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO