IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00281-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ALAN TIMOTHY HERSHEY,

    Defendant.

## Government's Motion Pursuant to U.S.S.G. § 3E1.1(b)

The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Linda Kaufman, hereby respectfully moves this Court to decrease the defendant's offense level by one additional level pursuant to U.S.S.G. §3E1.1(b) if the Court finds that §3E1.1(a) applies. As grounds therefor, states as follows:

1.    The defendant assisted authorities in the prosecution of his own misconduct by timely notifying authorities of his intention to enter pleas of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources effectively.

    Respectfully submitted,

    JOHN F. WALSH
    United States Attorney

    By: s/ *Linda Kaufman*
    Linda Kaufman

Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Linda.Kaufman@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I certify that on this day 8th of March, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

Michael F. Arvin
arvinlawoffices-ecf@arvin-denver.com

Amanda B. Cruser
Abcruser@vfblaw.com

 

By: *s/ Mariah Tracy*
MARIAH TRACY
Legal Assistant
United States Attorney's Office
1225 - 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0205
Fax: (303) 454-0402
E-mail: Mariah.Tracy@usdoj.gov