IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   14-cr-00281-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.   ALAN TIMOTHY HERSHEY,**

    Defendant.

---

### ORDER

THIS MATTER is before the Court on the Government's Motion Pursuant to U.S.S.G. § 3E1.1(b) to decrease the defendant's offense level by one additional level if the Court finds that U.S.S.G. § 3E1.1(a) applies in this case.

The COURT, having found that the defendant has clearly demonstrated acceptance of responsibility for his offenses consistent with U.S.S.G. §E1.1(a), and being otherwise advised in the premises,

HEREBY GRANTS said motion, and

ORDERS that the defendant's offense level be decreased by 1 additional level pursuant to §3E1.1.

DATED: _____, 2016.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
UNITED STATES DISTRICT JUDGE