IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-281-CMA-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1.**    **ALAN TIMOTHY HERSHEY,**

      Defendant.

---

### Government's Motion to Dismiss Counts

    The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Linda Kaufman, respectfully requests this Court, at the time of sentencing in this matter, issue an order dismissing Counts 2 through 7, 9, and 10 of the Indictment. As grounds therefor, the government states as follows:

    1.  In its Plea Agreement with Defendant Hershey (Doc. #66), the government agreed to move to dismiss all remaining counts against the defendant at the time of sentencing.

     Respectfully submitted,

     JOHN F. WALSH
     United States Attorney

     By: s*/ Linda Kaufman*_____
     Linda Kaufman
     Assistant United States Attorney

1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Linda.Kaufman@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on this 8th day of March, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.


Michael F. Arvin
arvinlawoffices-ecf@arvin-denver.com
Amanda B. Cruser
abcruser@vfblaw.com


                                        By: *s/ Mariah Tracy*
                                        MARIAH TRACY
                                        Legal Assistant
                                        United States Attorney's Office
                                        1225 - 17th Street, Suite 700
                                        Denver, CO 80202
                                        Telephone: (303) 454-0205
                                        Fax: (303) 454-0402
                                        E-mail: Mariah.Tracy@usdoj.gov