IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    14-cr-281-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   **ALAN TIMOTHY HERSHEY,**

    Defendant.

---

### ORDER

THIS MATTER is before the Court on the Government's Motion to Dismiss Counts. Having reviewed the motion and being otherwise advised in the premises, I find good and sufficient cause supports the same. Accordingly, it is

ORDERED that the Plaintiff's Motion to Dismiss Counts 2 through 7, 9, and 10 in the Indictment in this case is **GRANTED.** It is

FURTHER ORDERED that Counts 2 through 7, 9, and 10 of the Indictment in this case are HEREBY DISMISSED with prejudice.

DATED: _____, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
UNITED STATES DISTRICT JUDGE