IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00281-CMA  )
                                      )
UNITED STATES OF AMERICA,             )
                                      )
          Plaintiff,                  )
                                      )
v.                                    )
                                      )
1. **ALAN TIMOTHY HERSHEY**,          )
                                      )
          Defendant.                  )

---

**DEFENDANT'S OBJECTIONS TO PRE-SENTENCE REPORT**

---

COMES NOW defendant Alan Timothy Hershey, by and through undersigned counsel, and hereby submits as Exhibit 1 hereto his objections to the pre-sentence investigation report issued by U.S. Probation on July 28, 2015.

Respectfully submitted,

Dated: March 8, 2016      by: /s/ Michael F. Arvin
                          ***Michael F. Arvin***
                          Michael F. Arvin, Attorney, PC
                          3773 Cherry Creek North Drive
                          Suite 575
                          Denver, Colorado 80209
                          Telephone:   (303) 629-6640
                          FAX:         (303) 629-6679
                          E-mail: arvinlawoffices-ecf@arvin-denver.com
                          Attorney for Defendant

1

**CERTIFICATE OF SERVICE**

        I hereby certify that on this 8th day of March, 2016, I electronically filed the foregoing **DEFENDANT'S OBJECTIONS TO PRE-SENTENCE REPORT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:


Linda S. Kaufman
Assistant U.S. Attorney
1225 17th St., Suite 700
Denver, Colorado 80202
Attorney for Plaintiff
Linda.Kaufman@usdoj.gov


Amanda B. Cruser
Boog & Cruser, P.C.
3333 S. Wadsworth Blvd., Suite D-201
Lakewood CO 80227
Attorney for Defendant Renee Molinar
abcruser@vfblaw.com


                                        s/ Michael F. Arvin

U.S. v. HERSHEY

14-cr-00281-CMA-1

Exhibit 1

Letter Describing Objections to Pre-Sentence Report

THE LAW OFFICES
OF
**MICHAEL F. ARVIN, PC**
3773 CHERRY CREEK NORTH DRIVE SUITE 575
DENVER, COLORADO 80209-3825

(303) 629-6640 Voice                                                                                           (303) 629-6679 FAX

March 8, 2016

<u>VIA E-MAIL ONLY TO:</u>     Gary_Burney@cod.uscourts.gov

Gary L. Burney
U.S. Probation
1929 Stout St., Suite C-120
Denver CO 80294-0101

<u>RE: U.S. v. **HERSHEY** (14-cr-00281)</u>

Dear Mr. Burney:

Following is a brief list of objections to the pre-sentence report prepared by you and dated July 28, 2015. Several continuances previously granted have, for one reason or another, allowed me to take more time than I should in preparing and filing these. My fault!

PART A. THE OFFENSE

<u>Paragraph #</u>

3.      Should read that Mr. Hershey's restitution amount consists of $ 1,337,182.53 in federal income tax taxes from tax year 2001 through 2011, and $ 440,000.75 in state sales taxes, for a grand total of $ 1,777,183.28.

In the final sentence of this same paragraph, the statutory reference should be to (26 U.S.C. §§ 6501 and 6502).

32.     Defendant OBJECTS to the description of the motivation for registering cigarette rebate proceeds under Mr. Hershey's social security number so as to divert the resulting tax on the rebate money to Mr. Hershey. Instead of the Government's explanation, I believe Mr. Hershey furnished his own tax identifying information voluntarily, at a time before the conspiracy began in this case (2001), and without regard for his own exposure to tax liability associated with this rebate money.

36.     Fourth column title should read: "Gilcrest Liquor".

Gary L. Burney
**U.S. v. Hershey: 14-cr-00281-CMA**
**Defense Objections to PSR**
March 8, 2016
Page Two


38.     Clarify that Mr. Hershey was purchasing beer that **others** had allegedly stolen from Budweiser. There is no evidence that Mr. Hershey knew that the beer had been stolen at the time the purchases were made. Also clarify that "others" is meant to refer to third-party, non-Johnstown Liquor personnel.

## PART B. THE DEFENDANT'S CRIMINAL HISTORY

88.     Clarify that the Hershey boys were always in competition with each other for their father's attention.

99.     Defendant was issued Form W-2G in a prior tax year, however. This form reports to IRS the proceeds of gambling activities.

114.    Defendant's financial statement was not complete upon first submission. Later descriptions (paragraph 116 for summary) provide the details about real property and personal property assets in more detail.

122.    Mr. Hershey did not intend to be evasive by replying to certain questions about the current details surrounding the operation of Johnstown Liquor, Inc.. Mr. Hershey has been continually incarcerated since July 14, 2014, and is not regularly kept abreast of the operation of this business. Further, individuals related to and associated with Ben Fisher, holder of the liquor license at that location, were performing bookkeeping and other management functions.

128.    Mr. Hershey owned two rental properties that were sold to generate cash for restitution purposes. Therefore, he did have taxable income during his period of incarceration until such properties were sold in 2015.

## III. PART D. SENTENCING OPTIONS

132.    Defendant agrees with the U.S. Attorney's Office analysis contained in this paragraph. The applicable upper end, tentative Guideline range is 71 months.

Gary L. Burney
**U.S. v. Hershey: 14-cr-00281-CMA**
**Defense Objections to PSR**
March 8, 2016
Page Three

    Sincerely,

    **MICHAEL F. ARVIN, PC**

    /s/ Michael F. Arvin

MFA