Attachment 1



TIMELINE OF PROPERTY TRANSACTIONS (BUYERS)

| Property | Date / Buyer Events |
|---|---|
| #1A 21 S. Parish | 12/12/96 Molinar; 3/22/12 RH |
| #1B Johnstown Liquor | 1/26/98 Molinar; 1/1/00 Aldrich; 3/15/01 Molinar; 11/17/11 J. Liquor Inc. (Fisher) |
| #2 Oak | 6/15/01 Molinar; 7/7/06 Morganti Prop. |
| #3 Riviera | 11/29/01 Molinar; 2/1/05 Stinnett; 6/8/10 Molinar; 3/22/12 RH |
| #4 Elm | 4/18/02 Molinar; 3/22/12 RH |
| #5 Canal | 9/11/02 Molinar; 3/22/12 RH |
| #6 Norma | 10/14/02 Siehl |
| #7 Katsura | 8/28/03 Siehl |
| #8A Gilcrest Liquor Inc. | 3/15/04 Stinnett; 8/8/06 J.H. Inc. (Singh/Kaur) |
| #8B Railroad | 5/24/04 Siehl; 9/21/06 Singh/Kaur |
| #9 Ruddy | 8/8/05 CBRI (Reichert); 6/4/10 Reichert; 1/9/12 TH; 3/22/12 RH |
| #10 12th St. | 8/19/05 CBRI (Reichert); 6/4/10 Reichert; 1/9/12 TH; 3/22/12 RH |
| #11 Quartz | 12/22/05 Reichert; 1/9/12 TH; 3/22/12 RH |
| #12A Liquor Plus (295173 Corp.) | 5/15/06 295173 Corp. (Siehl); 3/26/07 AKA, Inc. |
| #12B 11th | 9/22/06 Reichert; 3/26/07 Afeworki Gebre LLC |

TH - TIMOTHY HERSHEY
RH - ROBERT HERSHEY

5/7/2014

# TIMELINE OF PROPERTY TRANSACTIONS
## (SALES PRICES)



| Property | Transactions |
|---|---|
| #1A 21 S. Parish | 1997: $175,000 → 2011/2012: $240,000 |
| #1B Johnstown Liquor | 1997: $100,000 → 2000: $300,000 → 2002: $300,000 → 2011: $250,000 |
| #2 Oak | 2002: $60,000 → 2006: $260,000 |
| #3 Riviera | 2002: $170,000 → 2005: $170,000 → 2010: $10 → 2012: $150,000 |
| #4 Elm | 2003: $118,000 → 2012: $90,000 |
| #5 Canal | 2003: $123,240 → 2012: $95,000 |
| #6 Norma | 2003: $130,000 |
| #7 Katsura | 2003: $141,200 |
| #8A Gilcrest Liquor Inc. | 2005: $20,000 → 2007: $175,000 |
| #8B Railroad | 2005: $55,000 → 2007: $55,000 |
| #9 Ruddy | 2005: $212,600 → 2012: $200,000 |
| #10 12th St. | 2005: $128,000 → 2012: $95,000 |
| #11 Quartz | 2006: $166,000 → 2012: $180,000 |
| #12A Liquor Plus (295173 Corp.) | 2004: $245,000 → 2007: $850,000 |
| #12B 11th | 2004: $325,000 → 2007: $500,000 |

TH - TIMOTHY HERSHEY
RH - ROBERT HERSHEY

5/7/2014