UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 14-cr-00281-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1.    ALAN TIMOTHY HERSHEY,

        Defendant.

_____

**NOTICE OF ATTORNEY APPEARANCE**
_____

Martha H. Eskesen of MARTHA H. ESKESEN, P.C., hereby enters her appearance as co-counsel for defendant Alan Timothy Hershey in the above-captioned action.

Dated:  March 17, 2016        MARTHA H. ESKESEN, P.C.

                                      s/ Martha H. Eskesen
                                      Martha H. Eskesen
                                      5445 DTC Parkway, Penthouse 4
                                      Greenwood Village, CO 80111
                                      Telephone:   (303) 486-6938
                                      Facsimile:    (303) 573-4921
                                      Email: meskesen@eskesenlaw.com

## CERTIFICATE OF SERVICE (CM/ECF)

  I hereby certify that on March 17, 2016, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Linda Kaufman, Assistant U.S. Attorney
Linda.Kaufman@usdoj.gov

Michael Arvin
Arvinlawoffices-ecf@arvin-denver.com

Amanda Cruser
abcruser@vfblaw.com

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Alan Timothy Hershey  (via U.S. Mail)

             MARTHA H. ESKESEN, P.C.


             s/ Martha H. Eskesen
             Martha H. Eskesen
             5445 DTC Parkway, Penthouse 4
             Greenwood Village, CO 80111
             Telephone: (303) 486-6938
             Facsimile: (303) 573-4921
             Email: meskesen@eskesenlaw.com