Character Letters Written for Renee Molinar

| | |
|---|---|
| A | Vickie Briceno, Friend |
| B | Joette Molinar, Sister |
| C | Tammy Molinar-LeBlanc, Sister |
| D | Johnnie Juanita Alvarez, Sister |
| E | Gloria L. Velasquez, Aunt |
| F | Teresa Alba, Cousin |
| G | Nicole Richardson, Friend |
| H | Patricia Fuhrmann, Friend |
| I | Janelle Saya, Friend |
| J | Jodi Loecke, Friend |

EXHIBIT 1

March 15, 2016

My name is Vickie Briceno and I have known Renee Molinar for over 35 years. My relationship with Renee is deeper and stronger than most sisters and I know that if I need anything I can go to Renee and she would help me any way possible. Renee is one of those friends that doesn't expect anything but will give you all she has. You can tell her all your secrets and feel confident that they won't be repeated. I would put my life in Renee's hands and – without hesitation -- would not worry about the outcome because I know I would be safe. I love Renee and I am now, and will always be here to support her.

Renee had a rough upbringing. As a child, her older sister Tammy was able to remove her from a home situation that was unhealthy for her and they went to live with their grandma. Their grandma spoke no English, but took them in and gave them a home. Although she progressed to having a safe roof over her head, she had very minimal supervision and really didn't have anyone to answer to. She could have stayed out as late as she wanted and did whatever she wanted, but she didn't. Renee has always been responsible, even when she was young and lacking supervision. She was very engaged in school, chose responsible and kind friends, played sports, and graduated from high school. She never got into any trouble until meeting Tim. She fell in love and went to work for him. Those of us around Renee were concerned after being around Tim because he always had a way of manipulating people to do what he wanted. He used whatever manipulation tactic he thought was required, including fear. It wasn't just Renee that he manipulated; however it was always unhealthy and wrong.

Renee is one of the most honest people I know. It's ironic that she's in this position with her honesty and integrity in question. Renee wasn't someone who knew how to run a business so all she had to go on was whatever Tim told her. Renee believes in people and trusts them and, in general, that is a good thing; however it could also be why she is in the position she is in now. She believed everything Tim told her and it is unfortunate that she was naive and trusting to a fault. She worked hard at the liquor store and she was the reason that it was successful. She worked harder than anybody I know, but part of that was because Tim didn't leave her any choice. Our group of friends always invited Renee to do things over the years, but she very rarely could participate because she worked at that store from the time it opened to the time it closed. On the rare occasion that she got away from the store, it wouldn't be long before Tim would call and start yelling at her about one thing or another not being right at with the store. He would keep her on the phone for up to an hour at a time, and there were times when she had to leave the function to go back to the store and check on whatever he was hollering about. Not answering Tim's phone call was not an option because that would create an even bigger problem for Renee and their relationship.

I used to work at the liquor store when Renee needed help. Although this was long after Tim "owned" the store, there were many nights that we would close up and Tim would come in at closing to review operations with Renee. He would keep her at the liquor store for hours after midnight. At times I would wait for Renee to get done talking with him, but she would eventually text me and tell me to just go because it was going to be a while. I never saw Tim to have a conversation about the liquor store without raising his voice, regardless of who he was talking to. When it concerned business, it was Tim's way without question. He was verbally abusive and no one else had a say, and no changes could be made unless it went to Tim first. If he didn't approve it, it didn't happen. He was very aggressive in his business dealings and when he and Renee were dating she was the one that was the recipient of all his

A

rantings and ravings. He would complain about everything concerning the store. If an employee messed up, Renee would be the one that would take the brunt of it and he became progressively more verbally abusive and controlling. We were all very happy when they broke up because we got our old Renee back from a social standpoint, but it was clear that she was still in a no-win situation. He still had control of much of her life, especially when it came to the liquor store. I know that Renee never received any of the proceeds from the liquor store, when she was his girlfriend or after. She was the person who put in all of the time and effort and built up the sweat equity, but never financially benefited from it. Only Tim did. He was obsessed with the money and only the money, and he was intimidating and threatening. I was there through it all, as an employee and a friend, and witnessed the long hours she worked for decades with no fruit for her labor, and I was there even when she lost her modest home. I have witnessed her childhood and adult life be manipulated by circumstances that left her with minimal options and would be so grateful to see leniency provided to her so she can finally move forward with her life. I thank you for the voice you have given me today.

Thank You,

*Vickie Briceno* (signature)

Vickie Briceno

502 Whitmore Ct.

Johnstown, CO 80534

C= 970-459-7413

vbjb10@gmail.com

August 1, 2015

Honorable Christine Arguello
The United States District Court
District of Colorado
901 19th Street
Denver, CO 80294-3589

**Subject: Character Reference for Renee Molinar**

Dear Judge Arguello,

My name is Joette Molinar. I am 43 years old; I am a mother of two, Apollonia (25), Sammy (16) and a grandmother of two beautiful grandkids, Devontay and Aniyah. I am a Project Manager/Data Analyst and have worked for SCL Health for 7 years. I am writing to plead for your leniency in the sentencing of my sister, Renee Molinar.

I am aware of the charges against Renee as she and I have discussed them in great length. In those discussions she has on multiple occasions expressed extreme regret in the decisions she has made leading up to this. I assure you these charges are not in any way reflective of the kind of person she is. Renee made a terrible mistake in trusting someone who was/is not trust worthy for which she is eternally sorry. My only hope is that you look into your heart and take all the events of her life leading up to this into consideration when making your decision.

Having grown up with Renee I can provide a perspective of our childhood which served as a most powerful guide in all of our good and bad decisions made and molded us into the people we are today. I would like to share with you the background of our childhood and young adulthood in the hope of providing a better understanding of how Renee came to be in this predicament. It is with much difficulty that I share this as I have buried it all away never to even so much as think about it again much less talk about it.

Growing up our family consisted of our loving grandparents who are no longer with us, Saul and Maria Molinar, our mother Hope Alvarez, Siblings (in order of age) Tammy, Renee, Me, Nicole, Johnnie, and Juan. We are all three years apart except for Johnnie and Juan who are 4 years apart. Our mother was single and our fathers were absent. Our mother's parents essentially raised us. We were a very poor but loving family with my grandparents taking care of us until we moved out when our mother got her own house. I was in elementary school when my mother married Johnnie and Juan's father, a horrible excuse of a man by the name of Juan Alvarez. He was an extremely emotionally, psychologically, physically and sexually abusive person. All too often I remember my mother having to go to the hospital because she was so badly beaten; broken arm, broken ribs, bruised and bloodied face. But she always had an excuse as to how it happened. This became the norm in our family. Unfortunately, that was not the extent of his evil. The sexual abuse of Renee, Nicole, and me who all slept in the basement went on far longer than I care to remember. I dreaded bedtime and would try to stay at a friend's house if at all possible and if I couldn't, I would sleep under my bed or under the stairs so he wouldn't find me. I would even tie the bottom of my dress pajamas in a knot as if that was going to help. What had started out to be a happy life had turned into a nightmare. As a child it's very easy to focus only on what's happening to you directly but then I begin to wonder if I was the only one suffering this. I decided to question my little sister Nicole to see if it was happening to her and in that I discovered that it was happening to all 3 of us, Nicole, Renee, and me. I tried to figure out how to make someone aware of what was happening to us

B

so I told the counselor at my middle school, and my sisters and I also brought it to my mother's attention. Much to my confusion and dismay my mother's solution was to tell him to stop. Our oldest sister, Tammy (who slept in a room upstairs next to our mother) stood up at that moment as our protector and told our mother "It's either him or us. Choose now." Sadly our mother chose him! So Tammy, Renee, Nicole and I moved in with our grandparents. Johnnie and Juan were Juan's children so they stayed. After many years of abuse our mother finally left Juan.

Fast-forward to our pre-adult years. Each and every one of us went into the world far too quickly than we were prepared for and though we tried our very best to be sensible young women and avoid entering into relationships with abusive men, sadly we were all very ill-equipped. The same vicious cycle was perpetuated.

I married a man who was emotionally and physically abusive. Fortunately I survived it. Unfortunately I ended up in the same exact crippling relationship where I was emotionally and physically abused by yet another man who claimed he loved me. It is with much happiness that I report to you now that I have finally broken the dysfunctional cycle in my life and am engaged to be married to a truly amazing man who is the kind of person God intended me to be with.

Nicole went through one terribly abusive relationship which also started as a teenager. She was with a man who not only hurt her but severely beat and hospitalized her first child, Jordan for which she ended up being charged and sentenced to time and lifetime probation because the boyfriend told her he would kill her and her son if she did not take the blame for it. Afterward our sister Tammy adopted Jordan and raised him as her own. Nicole has since married and is a wonderful and happy mother of four beautiful children.

Sadly my sister Johnnie also went through an abusive relationship and is a single mother of 4 great boys. Unfortunately our brother did not break away from the cycle. He too became a very abusive, hateful and dysfunctional person just like his father.

As for Renee, she got pregnant in high school but knew she couldn't financially take care of her son so she made the very difficult decision to give Myles up for adoption. His father's family decided to raise him so luckily he has remained in our lives but it's a decision that still haunts Renee to this very day. Renee has always been a very loving, caring and very outgoing person. Perhaps sometimes to a fault. Like when she met Tim. I saw that change in her spirit. Tim became so controlling and very verbally abusive making her quit a job but she loved to help him run his business. He controlled every facet of her life. There are times Renee couldn't make it to very significant family functions because Tim said she had to work. She didn't go to college and didn't know the first thing about running a business but Tim called the shots and she did what she was told. It wasn't until Renee found out Tim was living a dual life with another woman for over a year when she ended it. Fortunately that decision ended their romantic relationship but they continued to have an employee/employer relationship as he had her run the store in Johnstown while he started new ventures elsewhere. But he was not far away. He was always in control of everything even if it was from the sidelines. I have seen and heard Tim verbally abuse not only Renee but others he worked for; speaking to them in a deeming way. She worked 7 days a week. Little by little I saw the light in her eyes go out.

I simply cannot say enough just how much Renee is a very loving and caring person who would help anyone even when she doesn't have the resources to do so like time or money. She will give her last crumb of food so someone else would not starve. When I made the decision to leave my ex she took me and my kids in until I could get back on my feet. She continues to help me with my son taxiing him around as I work over an hour from home. She helps me get him to his doctor and dentist appointments, sporting events or picks him up from school when he is ill. She has also help Johnnie and Nicole over the

years in the same ways and more. She is that person who is always giving someone the "chance/helping hand" they need, whether it is a job, a ride, gas money etc. She helps the community by employing local residents. Everyone in Johnstown knows her and loves her! She would do anything to help anyone; she's just that type of person. The type who would give her last $20 to you if you needed it. She has always worked hard but never expected much in return. She lives a very simple life of work, family, friends and of course Bronco games! She never misses them.

I know that what Renee has done is wrong but I truly believe she never intended or knowingly intended to do anything wrong. Looking at what she has in her life you can very clearly see she did not benefit in any way from what Tim did. She has no money, no house, her cars are old and not of any value whatsoever. She has nothing but her family and that is all that matters to her.

Our entire family loves Renee and is dedicated to supporting her in every way we are able and then some. We're a very close, tight knit family, we all speak to each other every day and we have breakfast every weekend (when possible). Renee has many close friends. There would be no good done by putting Renee away in prison. I love all my sisters very much but Renee and I share the same father so our love is much deeper and tighter than I am able to explain. My heart breaks at the thought of her going away to such a bad place. I understand we all make decisions and have to deal with the consequences of our choices but I think putting Renee is prison would cause more pain and suffering then any of us deserves. It would tear our family apart. She is the calm, loving one who keeps us all humble. She has already suffered the consequences of her choice to stand by Tim over the years. This entire experience has been extremely difficult for her and I know from the bottom of my heart she is fully aware of the gravity of her actions. She knows what she did wrong and I just pray there is another way, a far more productive way she can pay for her crime outside of the walls of prison.

I know it might sound like it but I beg you understand I am not asking you to feel sorry for us because of what we have gone through. Although the scars of our young adult lives are still very fresh, we are all very strong women and have overcome a lot of the hurt and pain we endured as children. We all work hard and live a life God intended us to live by doing for others every chance we get. My only hope is that you see how our past and cycle of abuse was the foundation of Renee's relationship with Tim and allowing the fear of him control her and guide her. Tim has always had a unique ability to coax others into doing whatever he asked. I got to know him a little better when I got divorced as he gave me a part-time job at the store to supplement my income. He used people to get where he wanted to be and didn't care about how it affected their lives. All I humbly ask is that you take that into consideration.

If you have further questions or need additional information please feel free to contact me at 970-381-6456 or molinarj99@gmail.com.


Respectfully,

*[signature: Joette Molinar]*

Joette Molinar
Project Manager/Data Analyst
386 Gypsum Ct
Loveland, CO  80537
970-381-6456
Molinarj99@gmail.com

July 23, 2015

To Whom It May Concern:

My name is Tammy Molinar-LeBlanc; I am writing this letter as the eldest sister of Reneé Molinar who is one of the parties in this case.

I am an educator at the University of Colorado and the Principal Investigator/Director for a federal grant called The College Assistance Migrant Program. I have served in this capacity for over 20 years assisting students attend college.

I have known Reneé for her entire life, as such I consider myself as one of the people that knows her best. For many years Reneé was an independent person who lived her life happily, freely and without incident. She continues to be one of the most-kind people I have ever known. She would gladly help anyone who asked for assistance. She is greatly respected, liked and known as an invaluable citizen in the communities of Johnstown and Milliken, Colorado where she has resided for most of her life.

Growing up my siblings and I were subjected to a great deal of upheaval in our lives by our mother's choices of men she brought into our lives and home. Because she was a victim of domestic abuse she did not, could not stand up for her children. This resulted in the experiences we endured and witnessed to impact our childhood, adolescent and adult life choices often negatively.

Reneé's relationship with Mr. Hershey began as any regular relationship. At first Tim seemed to be a decent person with no ulterior motives but as time passed he began to control every part of Reneé's life. She began to question her own thinking, often calling me to ask if certain things were true. One thing I distinctly recall her asking me was whether it was true if everyone needed to pay his or her taxes. I of course said yes, she shared that Tim said it was not necessary. This only one example of how he controlled her whole life. During the time Reneé was in her common law relationship, about twelve or thirteen years, we rarely spent time with her. Tim kept her secluded by always having her work long hours at the liquor store and emotionally controlling her.

Although Reneé and Tim finally did separate he did not stop controlling her life. He put all his businesses in her name and ran them from afar controlling all finances and directing every single decision she made. It was only until recently that our family was able to see little a glimpse of the real Reneé shinning through again. I attribute this to Tim not being unable to see or speak to her. She is a decent person who was, like our mother a victim of emotional abuse and manipulation by an unscrupulous man. I can with out a

C

doubt say that Reneé was afraid of what Tim was and still is capable of. Our family, the community of Johnstown and all the many friends of Reneé support her fully in assisting her to fully come back to us as her true self, as she was before Tim Hershey broke her spirit and changed her. I believe she is at the core an honest, sincere person who was blindly coerced into believing that Tim Hershey had her best interests at heart and is now finally seeing that he never did. I know she is sorry and regretful for allowing any of this to happen and not trusting her own judgment.

On Reneé's behalf I ask the court and your honor to consider her plight as just one the many victims of Mr. Hershey. Reneé has lost so much of her life as a free person already because of her relationship with Tim and her inability to break free of his control. It would be devastating for her to lose more of her life if incarcerated. It is with great respect and reverence that I ask your honor to consider and accept this letter as my sincere appeal for leniency with regard to my sister Reneé Molinar's case.

Please feel free to contact me should you need further information concerning this matter.

Sincerely,

Tammy Molinar-LeBlanc
Molinar@coloradoe.edu
303-332-5930

Judge Christine Arguello,

I am writing in reference to a case which involves Renee F. Molinar, who is being sentenced, for tax evasion. I have known Renee for 38 years which is the length of my lifetime, and we are sisters. I believe I am in a position to speak to Renee's moral character, so I hope you will take this letter into account when making your decision.

Renee Molinar is, in short, a good person that allowed someone she trusted to influence her into making some bad decisions. Renee has always been kind and generous. She has a strong sense of duty, which applies in her job, family, and community. Renee also possesses a great deal of integrity, and even though she did struggle with this during a period in her life while she was working for Mr. Hershey, she constantly strives to make sure she is doing the right thing because it is the right thing to do. I strongly believe that my sister, Renee does feel absolute and total regret for the choices she made and the outcomes that became of those choices. I personally believe that people should take responsibility for their own actions and not just try and come up with a reason any reason for why they have done something wrong. I do however absolutely stand behind the thought process that many times a person's upbringing and things they may have experienced growing up can influence and affect the decisions they later make as adults. Renee, my 3 sisters and I had a pretty rough upbringing. Renee grew up in the stereotypical dysfunctional family with a healthy dose of domestic violence and child abuse pretty much daily. Renee has never received professional therapy and/or counseling for any of the abuse she suffered as a child and young adult. I strongly believe that Renee Molinar's actions were greatly influenced by the behavior and actions she witnessed by the adults that were in a position of trust when she was growing up.

I think that the reason Renee was very easily persuaded to do things and make business choices she would have never made or done on her own may be ; because we didn't have very many strong willed adults as our mentors, in fact our parent was often the victim. In mine and some of my family members' experiences, living through abuse has left some of us with a super weak and dependent personality or super strong and independent personality and sometimes it both personalities combined. I believe that what you grow up with as a child can greatly influence how you treat yourself and treat others as an adult. Our main parent, who is a very wonderful woman and who we all love with all of our hearts, did her very best raising us but unfortunately never really set a good example of being a strong willed independent person, she time and time again demonstrated weakness, and allowed others to break her down she was often the victim. She taught us to do what your spouse told you to do even if you might think it is wrong or you were uncomfortable doing it. I have always looked up to my older sister Renee. From the time we were children I knew that no matter what I could always trust her to be a good person and to do the right thing. It broke my heart into pieces when Renee started her relationship with Mr. Hershey because little by little he managed to force her away and keep her from her family and friends, he also made sure she would doing business as he saw fit, he wanted things done his way and only his way. She had to answer to him for everything and never make decisions without his approval.

D

     Renee became everything she always promised she would not be as an adult woman. She became the woman that had to do as her partner told her because she was in fear of what he might do to her or her loved ones. She was never physically abused by Mr. Hershey but she was defiantly mentally abused and threatened countless times. He made sure he took everything away from her anything that she called her own and he made her feel as if she owed him everything.

     Renee feared Mr. Hershey and all that he might do to her and her loved ones if she did not do what he told her to do. Mr. Hershey did always threatening all of his employees from day one up to the day he was picked up that he would hurt them good or even kill someone if anyone messed with his income or tried to change anything about how he ran his businesses. Literally up to the day Renee started working for Mr. Hershey she had always been a law abiding citizen, worked a regular 40-60 hour per week job for the same company for many years where she had worked her way up to a team lead position, and always paid her taxes on time every time I think it shows the type of person my sister Renee was Pre and Post Mr. Hershey. Renee was for so long living under Mr. Hershey's rules and now she is working on returning to her original ways she is finding her way back to her old self and way of living.  I honestly believe Mr. Hershey uses people like my sister and all of the employees he has ever had working for him, that was possibly how he would pick out his employees people like Renee people who are very kind and honest and are easily broken down, people with a past or present crutch. I know that my sister Renee does accept and understand the severity of her actions, and the consequences related to them and is ready to do what is necessary to right these wrongs. I hope that Renee not only rights her wrongs but also that she gets the much needed counseling or therapy to make sure that someone like Mr. Hershey can never again gain control of her and steer her in the wrong direction. Renee felt no self-worth while she was with Mr. Hershey and always had to be on edge.

     Although it saddens me that my sister Renee may end up spending some time incarcerated and/or on probation I am still happy that she will finally be free of Mr. Hershey. She will never ever have to answer to him again. It must be difficult for you to make decisions like this when you don't actually know the person standing in front of you, so I hope you will look at my letter and the countless others you're receiving, and understand that Renee is the kind of person around whom people rally. Renee made mistakes that she is willing to answer up to but I know in my heart that she would have never done any of those things had Mr. Hershey never come into her life. I ask you to keep this in mind when making your decision I love my sister, Renee Molinar is a good person, she did make mistakes and is willing to right her wrongs, she absolutely needs some therapy to recover and become a stronger person inside and out. That has to say something, so please let that be a factor in your decision. Thank you for reading my letter.

Thank you,

Ms. Johnnie Juanita Alvarez

970-308-7339/ johnniea99@hotmail.com

August 13, 2015

To Whom It May Concern:

I am writing this character letter on behalf of my niece, Ms. Renee Molinar, whom I consider to be a unique human being given her high moral values and outstanding personal characteristics.

As a graduate of Stanford University and a professor of literature, I have had direct contact with people from diverse backgrounds and social classes. Thus, I consider myself to be a good judge of character. My niece, Renee, reminds me of the many outstanding and determined young people I have known during my thirty years of teaching. Renee is not only intelligent, but kind, giving and compassionate. She has devoted her life to helping others less fortunate and as we know, often there are predators who take advantage of a naïve, kind human being like Renee.

I must also add that Renee's childhood and adolescence have been filled with extreme difficulties. Not only did she suffer abuse in the family, but Renee did not have parents who were positive role models. She was forced to live with her grandparents, who were her only source of love and support until their death. But what is perhaps the most tragic, is that because Renee never knew what a healthy relationship was with a man, she accepted an abusive relationship with Tim Hershey. Had she been able to get counselling to confont and break that cycle of abuse that she inherited from her mother, I am certain she would not have let herself be controlled, manipulated and deceived by Tim Hershey. He lied to her from the beginning of their relationship and because of this cycle of abuse that she inherited, Renee became his victim, which has led to her being blamed for Tim's lies. Tim Hershey is the viscious criminal and liar who took complete advantage of my niece.

Finally, I must point out that the Black Lives Matters Movement has brought to the forefront the unfair and high incarceration rates of people of color in the United States. Tim Hershey is from a wealthy white background and this should not influence our criminal justice system in any way whatsover. Therefore, I urge you to carefully consider my niece's background and to give her a fair and just consideration. Renee comes from a proud hard-working Hispanic background and our prison system is already filled with too many innocent people of color.

Sincerely,

Gloria L. Velásquez, Ph.D.
San Luis Obispo, CA
glvelasqu@gmail.com

E

November 11, 2015

To Whom It May Concern,

      My name is Teresa Alba I'm 32 years old. I work as a Staffing Supervisor for ResourceMFG in Loveland.

Renee Molinar and I are cousins, roommates and she is my best friend. She and I have lived together for the last 7 years.

I started working at Johnstown Liquor with Renee in 2007 where I continued to work until 2012.

      It wasn't until 2011 that I had to meet Tim Hershey. My first encounter with him was not of a good nature. He was in the garage at the house I lived in with Renee. I had heard yelling so I went to see what was going on. Tim was yelling at Renee about money and how she owed him. She said that she had already paid him. That was when I heard him threaten her. He had her cornered in the garage and told her if she tried to keep the Johnstown Liquor store from him that he would not only burn the store down, but he would also burn down her Grandmother's home.

      This was just the beginning. Renee would work a minimum of 10 hours every day and after she would leave the store he would call her and harass her every day. She would stay on the phone with him for hours being yelled at. I would just watch her pace around the house sometimes crying.

      In February of 2012 I had my own altercation with Tim. He would constantly eat my lunch well considering I had to work for every penny I had, I confronted him and told him not to be eating my food. He was taking enough money that he could afford to buy his own. He made Renee fire me the following day. He also told her if tried to file for unemployment that we would be sorry.

      Over time it was very frustrating for me to see Renee being treated so badly and never stick up for herself. I always knew her to be a strong woman so I could never understand why Tim had so much control over her. He has proved time and time again to be manipulative, abusive and narcissistic. Renee claims that he has never physically struck her but I believe he has. He physically assaulted Charlie R and Ben F. Charlie would come to the store in tears whenever he would speak or have to go see Tim. Ben has come to the store with bruises on his face and hand prints on his throat. Tim is constantly threatening to hurt or kill anyone whom he views as a threat.

      I believe that Renee will not admit to the abuse due to the abuse she endured as a child. Growing up in a Traditional Hispanic family things like abuse were not acknowledged so much as swept under the rug.



  Renee has never lived an extravagant life style or reaped the benefits of owning the Liquor store. We like most middle class households live paycheck to paycheck trying to make ends meet. It's extremely heart breaking to see someone who has worked so hard her whole life lose to everything because of Tim Hershey's greed. Renee is selfless and humble. She is always there for her friends and family with kindness and sincerity. Tim took advantage of Renee and will never let her go. Renee has always tried to be a good person and do things the right way.

  Thank you for taking the time to read my letter. However there will never be enough word to describe her kindness, beautiful soul and character.

Sincerely,

Teresa A Alba

970-405-2537

alba.teresa@hotmail.com

To Whom It May Concern,

    I am writing this letter on behalf or Renee Molinar. I have known Renee for four years and have lived with her for three. During this time I can say with confidence that I have had the privilege of learning what a caring, selfless person she is.

    My son and I moved to Johnstown in 2012 into the home that Renee and her cousin lived in. My son was 2 at the time, so needless to say he was quite high maintenance and needy being a toddler. She not only welcomed us into her home to help me financially, but was always more than willing to help with my son however possible. To this day she continues to help us both in any way possible without hesitation.

    Due to our living situation I can attest that Renee does not live an extravagant lifestyle. Soon after moving to Johnstown Renee informed me that her ex, Tim Hershey, was selling the home that we were living in and we were going to have to move. It was at this time that I witnessed how intimidated Renee was by this man. It was clear that his actions and words had an extreme effect on her. We are currently renting the house that we live in and are all working hard to make ends meet.

    Renee is an extremely friendly person and I feel lucky to have her in my son's life as a positive role model. We both consider her to be more than a roommate she is now a part of our family and we would do anything to help her as she has done for us from day one.

Sincerely,

Nicole Richardson

coleleerich@gmail.com

(970)222-1352

**Honest – Dependable – Loyal – Generous – Kind**

As I consider the character of Renee Molinar, these are the first five adjectives that come to my mind: honest, dependable, loyal, generous and kind. These five words have caused me to pause and do some soul searching. They clearly aren't the words that would normally be used to describe somebody who has admitted to breaking the law. I wonder how many times a judge has heard these words to describe somebody standing in front of her, and if more than once, how many times she actually believed them. I'm not sure that I have the ability to transform any beliefs you have about Renee Molinar, so I will simply share MY TRUTHS and my experiences after four decades of friendship.

Although a life-long friend of Renee's, I haven't always sat on the inner circle of friendship, which allows me a unique perspective that's not as clouded by the same level of emotion as others you are hearing from today. I've been close enough to get a very personal insight to her relationships with her family and closest friends, and yet far enough away to still hear the small-town gossip and speculations of what really happened behind the closed doors of the Johnstown Liquor Store. What I have found to be surprising, and yet very moving, is that there hasn't been any difference between those conversations. I have never seen a community support a "criminal" with such passion. The Johnstown & Milliken community who know Renee have stood by her and still believe in her character. She is the reason they supported that store over competing stores in the area, as they always found a friend and honest neighbor on the other side of the counter. The Johnstown Liquor Store has been a very successful business and most likely very lucrative. Unfortunately, Renee Molinar, the person who built such a successful business through long hours and decades of hard work was not the person that reaped any of the benefits.

I always knew that 2+2 was not equaling 4 when it came to the liquor store. It was obvious by the amount of customer traffic alone that the store was thriving, and yet I never saw Renee have the luxury of new clothing, new cars or even simple vacations. She never got ANY time off and I used to joke that she was a prisoner of the liquor store, until I eventually realized that my joke rang a little too close to the truth and it wasn't really funny. I tried to prod at times to better understand the situation, but people closest to her would always refer back to the control that Tim continued to have over her and the store, and they seemed genuinely concerned for her safety.

As for Renee, I sincerely stand by the word honest without hesitation. Renee didn't have any business background when she started working with Tim, and she is ultimately paying the price for her naiveté. She initially helped to run the business as she was trained (and ordered), and even when she later understood the gravity of her no-win situation, she quietly paid her estimated tax debt in order to do the right thing while having minimal options that weren't dangerous (turning in Tim) or self-incriminating.

Renee is the glue in her family. The person to bring everybody together with laughter, compassion and support, and she's the family go-to person during hard times. Renee also has a circle of friends who have stood by each other for decades. Friends who know they can entrust Renee with their most precious secrets and dreams and will always find support. And ultimately, she has a community of people who have rallied behind her even during this very public suffering. After spending time to reflect on Renee's character, I keep going back to the amount of support and love that I continue to see people offering her. I know that this depth of loyalty is not often provided somebody who is in her situation, and I know that those relationships weren't built overnight. Renee has consistently shown honesty, dependability, loyalty, generosity and kindness to her family, friends and community over her lifetime and their continued support in her darkest days is the greatest testament to her character. I have personally experienced this same unwavering character in Renee and want to thank you in advance for considering this when making your sentencing decisions.

Sincerely,
Patricia L. Fuhrmann
970-302-4139

To Whom It May Concern,

My name is Janelle Saya. I am 47 years old and currently work in the Thompson School District, where I have for the past 22 years as an educator. I am writing on behalf of my dear friend, Renee Molinar. I have known and been very close friends with Renee for 35 years. Throughout our lives, we have traveled similar and different paths, but the one thing that has always remained constant has been an undeniable friendship. From the moment I met Renee, her great sense of humor, infectious laugh and smile and her beautiful soul were the qualities that I was so drawn to. Those qualities continued to be what remain as important factors that have fostered a friendship that is one of a kind. As we've gone through life, the one additional quality that has always been so amazing to me about Renee is her never ending loyalty to those she loves and cares about. These qualities are hard to come by when you learn more about the life and upbringing of Renee.

As a little girl, Renee experienced the unimaginable when her step-father sexually abused her and her sisters. It wasn't until Renee's older sibling learned of this that Renee was removed from her mother and step father's home and in with her Grandmother. Raised, basically by her older sibling from a young age, Renee found ways to cope with her past without ever really dealing with it. She surrounded herself with good people, was involved in athletics, gave herself a self-inflicted curfew and made good grades in school and eventually graduated. I spent a great deal of time at Renee's house where we'd watch movies, hang out and just be together. When I reflect on my personal childhood, my time with Renee, time at her home with her siblings and grandmother are some of my fondest.

In 1993 Renee met Tim Hershey and they fell in love. She began working for Tim in 1995 at the liquor store that he owned in Johnstown. She was expected to work long hours and was never able to take time off or hang out socially. The only time it seemed I was able to see Renee was at midnight, after the liquor store closed. But even then, Tim would call Renee and yell and scream at her for hours about things that were occurring with the business. I can still remember Renee walking laps around the block for over an hour as Tim yelled and screamed at her. Renee would just listen as he continually degraded her and scared her into acting on his requests. Renee knew absolutely nothing about running a business and trusted this man. Tim was the mastermind behind everything to do with the liquor store. He would tell everyone exactly what to do and how to do it. He took care of everyone that worked for him, but then would turn around and be so hateful to all of them. Renee taking most of the burden. This abusive nature and ongoing manipulation somehow brought those that worked for Tim a deep sense of loyalty to him. Looking back, I believe that it was because they were afraid of the backlash if they didn't do as Tim directed them to do.

My dear friend has endured a great deal in her life. She is a honest, kind and a loyal friend and person. Tim Hershey has created a situation that Renee does not deserve to be part of. Tim's manipulative ways and verbal abuse scared Renee into acting on his every request. He is manipulative, obsessed with money, feels like everyone owes him something and verbally abusive to those that worked for him. It breaks my heart to see my friend having to take responsibility for something she was manipulated into doing from the minute she stepped foot into the liquor store. My hope is that you consider these factors when making your decision. Thank you for your time.

*Janelle Saya*
Janelle Saya

317 Merganser Lane

Johnstown, CO 80534

**Amanda Cruser**

| | |
|---|---|
| **From:** | jsloecke@comcast.net |
| **Sent:** | Tuesday, March 15, 2016 10:22 AM |
| **To:** | abcruser@vfblaw.com |
| **Cc:** | jsloecke@comcast.net |
| **Subject:** | Renee Molinar |

To Whom It May Concern:

I have known Renee Molinar for approximately 2 years. I am the physical therapist/athletic trainer at the high school in Johnstown and am newer to the community. I met Renee through friends who have grown up in the area. From them, I understood even before meeting Renee how loyal, well-respected and well-liked she is. This proved to be true. Renee was congenial and welcoming to me into the area and her group of friends from the start. She is caring, has a wonderful personality and is a good friend to many. She is involved and a stand-up citizen in Johnstown. I am proud to call her my friend.

I hope you take this into consideration. I believe Renee is an asset to our community at this time and will continue to be.

Thank you for your time. Please call or email with any questions or concerns.

Sincerely,

Jodi Loecke
(970)371-5345
jsloecke@comcast.net

1