IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00281-CMA-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.    RENEE MOLINAR,**

    Defendant.

**Government's Motion Pursuant to U.S.S.G. § 3E1.1(b)**

    The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Linda Kaufman, hereby respectfully moves this Court to decrease the defendant's offense level by one additional level pursuant to U.S.S.G. §3E1.1(b) if the Court finds that §3E1.1(a) applies. As grounds therefor, states as follows:

    1.  The defendant assisted authorities in the prosecution of her own misconduct by timely notifying authorities of his intention to enter pleas of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources effectively.

Respectfully submitted,

JOHN F. WALSH
United States Attorney


By: s/ *Linda Kaufman*
Linda Kaufman
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Linda.Kaufman@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on this day 23rd of March, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

Michael F Arvin
arvinlawoffices-ecf@arvin-denver.com

Amanda B. Cruser
Abcruser@vfblaw.com

                                              By: *s/ Maureen Carle*
                                              Maureen Carle
                                              Legal Assistant
                                              United States Attorney's Office
                                              1225 Seventeenth Street, Suite 700
                                              Denver, Colorado 80202
                                              Telephone: (303) 454-0200
                                              Fax: (303) 454-0402
                                              E-mail: Maureen.Carle@usdoj.gov