IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00281-CMA-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     **RENEE MOLINAR,**

    Defendant.

### Government's Motion for Departure Pursuant to U.S.S.G. § 5K1.1(a)

The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Linda Kaufman, hereby respectfully moves this Court to depart downward from the bottom of the applicable Guideline range in this case and as grounds therefore states as follows:

1. The defendant Renee Molinar, has provided substantial assistance in the prosecution of another person who has committed an offense, namely co-defendant, Alan Timothy Hershey.

2. Shortly after she was indicted, Defendant Molinar, through counsel, indicted she was willing to be debriefed and assist the government in it's prosecution of her co-defendant.

3. Ms. Molinar met with the undersigned and the case agent as requested several times, and answered our questions at length, she gave truthful and complete information which, on the whole, corroborated the case which had been built

       against her do-defendant.

4. Defendant Molinar provided an original, handwritten daily log of cash expenditure she had kept at Johnstown Liquor for many years.  This log corroborated the use of the cash which she had skimmed from the stores daily receipts at co-defendant Hershey's direction.

5. Defendant Molinar also corroborated the unindicted co-conspirator's statements that when it became clear that there was a criminal investigation underway in 2011, defendant Hershey directed the two of them to remove the business's records from the store.  She produced numerous boxes of those records, thus providing corroboration that was considerably more valuable than her mere description of the event. Although the unindicted co-conspirator  provided the government with a copy of the point-of –sale records, these boxes of documents confirmed one of the allegations in the evasion counts against Mr. Hershey, namely that he had ordered the removal of this evidence,

6. Significantly, in March 2015, the government learned that a former Johnstown Liquor employee had been arrested for attempted burglary at the business, and described an incident in the spring of 2014 in which he had found six beer flats containing $100 bills at Johnstown Liquor, estimated to contain 3 million dollars. Defendant Molinar later related the same story, with the expectation of recalling that Mr. Hershey had described the amount of case to be 2 million dollars.  Her statement confirmed that defendant Hershey had vast sums of cash at his disposal just prior to his July 2014 arrest. With the knowledge the government

    required, as a condition of defendant Hershey's plea agreement, that he pay restitution of over $1.7 million in advance of his sentencing, and he did.

7. The defendant also made herself available to testify, if necessary at any trial or hearing in this case.

8. The defendant's assistance was timely and likely given in some trepidation of reprisals from co-defendant Hershey.

    WHEREFORE the government respectfully requests that the court grant defendant Molinar 33 1/3 % downward departure from the bottom of the applicable guidelines range.

    Respectfully submitted,

    JOHN F. WALSH
    United States Attorney

    By: s*/ Linda Kaufman*
    Linda Kaufman
    Assistant United States Attorney
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Facsimile: (303) 454-0404
    E-mail: Linda.Kaufman@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on this day 23rd of March, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

Michael F Arvin
arvinlawoffices-ecf@arvin-denver.com

Amanda B. Cruser
Abcruser@vfblaw.com

By: *s/ Maureen Carle*
Maureen Carle
Legal Assistant
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0200
Fax: (303) 454-0402
E-mail: Maureen.Carle@usdoj.gov