IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  14-cr-00281-CMA-2

UNITED STATES OF AMERICA,

      Plaintiff,

V.

RENEE MOLINAR,

      Defendant.

_____

**DEFENDANT RENEE MOLINAR'S ADDENDUM
TO THE SENTENCING MEMORANDUM**
_____

      Defendant Renee Molinar, through undersigned counsel, Amanda B. Cruser, respectfully submits to the Court a letter from the Defendant and additional character reference letters that have been written by friends and family of Defendant Renee Molinar.  The following additional letters have been attached as follows:

      Exhibit 1:    Letter from Renee Molinar

      Exhibit 2:    Letters from friends and family which have been marked starting with K since letters A – J were previously submitted to the Court:

            K    Nicole Molinar-Lopez, Sister
            L    Joel Suttles, Brother-in-law
            M    Jesse Molinar, Jr., Cousin
            N    Sammy Olguin, Nephew
            O    Scott & Jodi Weber, Business Associates and Friends
            P    Jenny Wood, Friend
            Q    Rosa Rodriguez, Friend

1

Undersigned counsel anticipates that a dozen or more family members and friends will likely appear at the Sentencing Hearing.  They have been notified that the Court will have read their letters prior to Sentencing and that it will not be necessary to read their letters into the record.  They have also been advised that the Court will likely allow them to speak if they feel there is additional information that they wish to add.

Respectfully submitted this 4th day of April, 2016.

s/Amanda B. Cruser_____
*Amanda B. Cruser*
Boog & Cruser, P.C.
3333 S. Wadsworth Blvd., D-201
Lakewood, CO 80227
Phone:  (303) 986-5769
Fax:  (303) 985-3297
abcruser@vfblaw.com
Attorney for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2016, I electronically filed the forgoing **DEFENDANT RENEE MOLINAR'S ADDENDUM TO THE SENTENCING MEMORANDUM** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

Linda S. Kaufman, AUSA
Robert W. Ford, U.S. Probation Officer

                                               s/Amanda B. Cruser_____
                                               *Amanda B. Cruser*