April 4, 2016

Honorable Christine Arguello

The United States District Court

District of Colorado

901 19th Street

Denver, CO 80294-3589

Subject:  Renee Molinar

Dear Judge Arguello,

I want to begin by telling you how sorry I am for my conduct in this case and how much I regret the actions that I have taken.  I also would like to take this opportunity to share a little about myself in the hope that you will take everything into consideration prior to imposing sentence. I am forty-eight years old; I live in the same little town I grew up in, Johnstown, Colorado.  I have four sisters and a brother. We lived in Johnstown with our grandparents until our mother bought a house in Milliken (same community).

I have been looking back at my life; retracing the choices I have made until now and trying to understand how I got here.  I met Tim Hershey when he opened a liquor store in our home town; shortly after we begin seeing each other and it wasn't long after that, when he convinced me to quit my job and work for him. I only had a high school diploma, and was working for a manufacturing company and I knew nothing about running a business.  I went into it young, blind, naïve and completely unaware of what it took to work retail much less run a business.  All I know is what Tim taught me.  Does that make what happened okay? No, but it also doesn't mean my intentions were bad.  I simply did what I was told as I feared doing otherwise. I gained nothing from this business; I have no retirement, no health insurance, no savings...Nothing! I essentially just worked at the store, as I had no say.  From the beginning to the end, Tim controlled everything and made it very clear the entire time that the money and the store belonged to him.  I was to do what I was told without question or suggestion. Unfortunately, I did what he told me to do out of fear, manipulation and a lack of options.  He made it clear that if I didn't like it I could leave but he always reminded me that I wouldn't be able to survive without him and no one would want me and I would end up alone in this world.

Growing up we didn't exactly know how to value ourselves or know that we had options. We saw our mother mistreated and watched her continue to live in an abusive life as if there were no other options.  I believe Tim knew exactly what he was doing.  He used me and everyone else he could as pawns to gain assets and wealth for his benefit and no one else's



benefit. He has never cared about anyone but himself.  I have always been hard working and believe I'm in this mess because I trusted someone I thought loved me, a trust and love which quickly turned to fear. I begin to cut my friends and family off.  Tim had me working 7 days a week and so many hours that I missed important family gatherings, and I no longer spent time with my friends.  He quickly isolated me from everything I held dear. Our romantic relationship ended when I found out Tim was living a second life with another woman for over a year. The only roles Tim allows people to play in his life are as a means to his end game. I would like to say that the end of our relationship ended our contact but sadly it did not. He left to open another liquor store elsewhere and left me to run the daily operations of the Johnstown store.  I was afraid to leave the store since it was the only job that I had held for a long time.  He still controlled everything and my fear of him did not disappear. He called me constantly, yelling at me, throwing out demands. He regularly showed up at the store to ensure that I knew he was still controlling it all. It wasn't until Tim was taken into custody when I finally felt some relief. I finally had room to breathe without fear and without judgment.  I was free to open my mind up and I have been able to realize how much he controlled me and how I made so many mistakes along the way.

Everything, good and bad molds us into the individuals we become.  Sadly, my past played a significant role in the choices I made. Shortly after we moved to Milliken our mother married Juan Alvarez who was not a good man.  In fact, he violently abused our mother and soon after began to sexually abuse my two younger sisters Nicole, Joette and myself. When it finally came out, our older sister Tammy gave our mother an ultimatum…he had to leave or we were leaving. She chose her husband, so we all moved in with our grandparents. Although, it is something we have all put behind us, it has forever affected our lives whether we liked it or not. As adults the physical and mental abusive cycle continued in our lives. Unfortunately, we all ended up in abusive relationships, with the exception of Tammy.  It could be because it was all we knew as we continued to witness abuse in our mother's relationship and/or it could be due to the abuse we personally experienced at the hand of our mother's husband.  I was just a little girl, broken and lost.  Unfortunately, it was something that was swept under the rug and as such we did our very best to move on and live as normal lives as we were capable.  Not that we knew what normal was, but we did our best and in order to let go of the pain and anger we forgave our mother long ago but forgetting was not an option. It is forever etched in our hearts and minds and as such it has affected many of the decisions we've made in our lives.  We thank God for our grandparents, because if it weren't for them I don't know what would have become of us.  They gave us hope! Family and friends are very important to me.  I have been fortunate enough to have built lifelong friendships and I maintain a very close relationship with my sisters.  I am a simple person; simple pleasures are all I need; spending time with friends and family, going to my nieces and nephews school events and of course watching the Broncos play.

As I previously stated, I have very little time on my hands, and until very recently I had been working 7 days a week. These last couple of years, this investigation and this case has weighed heavily on my mind.  I have worried about my past actions.  What will I do when my time at this liquor store is done?  How will I make a living? And more importantly, how will I give back to my community?  By no means would I assume to tell the Court how to impose a

sentence, and more so I cannot imagine the burden put upon you to make the right and best decision in this case.  All I can do is ask from the very bottom of my heart that you take all of the above into consideration when it comes to my sentencing. I'll pay for this mistake for the rest of my life and as such I will strive daily to continue to make healthy choices. If punishment is to be given, I humbly offer a suggestion; my time would be so much better served in service to my community. It occurs to me that there are many women's shelters in Weld County, harboring women who have gone through much the same abuse, if not far worse than me. There must be something I could do to share my experience to help others who might be going through the same thing. I don't know exactly what just yet but I beg you to understand my heart is in the right place.


Thank you,


Renee Molinar