Additional Character Letters Written for Renee Molinar

K    Nicole Molinar-Lopez, Sister
L    Joel Suttles, Brother-in-law
M    Jesse Molinar, Jr., Cousin
N    Sammy Olguin, Nephew
O    Scott & Jodi Weber, Business Associates and Friends
P    Jenny Wood, Friend
Q    Rosa Rodriguez, Friend



EXHIBIT 2

April 1, 2016

Honorable Christine Arguello
The United States District Court
District of Colorado
901 19th Street
Denver, CO 80294-3589

**Subject: Character Reference for Renee Molinar**

Dear Judge Arguello,

My name is Nicole Molinar-Lopez. I am forty-one years old, a mother of 5 children; Jordan(25), Tyson(22), Aliyah(21), Logan(5) and Maria(4). I am married to Kevin Lopez. I am a stay at home mom. I love being a mother and I love my family. I want to ask for leniency when you decide on my sister Renee's sentence.

It has been very difficult to sit down and write this letter as it brings up very bad memories but I hope it can give you some insight into our lives which I feel contributed significantly to choices Renee made in her life. Choices we all have made.

As you may have already heard from my other sisters we didn't have the best experience as children, a time when things should be simple, you should be loved, cared for and protected by your parents, a life where your parents teach and mold you to be good, honest, caring people…this, unfortunately was not the case for us. For a very short while we experienced what a loving and caring home could and more importantly should be with our grandparents and mother Hope that is until our mother married Juan Alvarez. He was mentally and physically abusive to our mother and sexually abused my sisters Renee, Joette and me. We asked our mother to choose us or him but sadly she chose him. We then moved to our grandparent's house where our sisters Tammy and Renee both helped raise Joette and me. They went to our school functions, helped us with homework and loved us! So although we were saved from such a horrific environment, we lost a piece of ourselves. Those events in our life both the abuse we saw our mother experience and the abuse we experienced somehow changed us even when we swore we would never end up in a relationship like our mother.

At 15, I found myself in a mentally, emotionally, and physically abusive relationship that left a long lasting mark on me but also scarred my son mentally and physically. Now looking back I wish I would have done so many things differently. I was in a relationship where someone scared me and made me feel I had no value, made me feel I had no options, made me feel I had no voice. I am not trying to make excuses for my choices

K

or Renee's but growing up in an abusive home continues in your life unless you are taught otherwise. It is a vicious cycle. You are under the abusers control and out of fear and doubt you feel trapped. By the Grace of God I survived and now I am happy.

All the above is a story that needed to be told as it bears witness heavily on the lives of all of my sisters and me. Renee found herself in an all too familiar situation and as such she made choices…mistakes. In the beginning Tim knew exactly what she needed and wanted to hear but underneath it all he was a wicked man bent on serving only his own wants and needs. To Tim people were either tools or obstacles there was no in-between. He convinced Renee to quit the only job she'd ever known to work for him. He had her working 7 days a week. He kept her separated from her from her friends and family all the time. She worked at the store but she had no say as Tim controlled everything. He gave orders and everyone followed them. That is how everything went in Tim's world.

I just wish you could see the Renee we all know. She is the most loyal, loving and caring person I have ever known. She is that person who would help anyone and has. She has helped everyone one of my sisters at one point or another including me. She is loved and respected by everyone, friends, family and community members and that in a nutshell is what encompasses my sister! Renee acknowledges that she made bad choices that led her to this situation but she does not deserve to be imprisoned. If asked for my opinion, I would say with 100 percent certainty it would do the court well to put my sister to much better use in her community where she is known and trusted by all. She could be of great help to those who need it most.

I feel like I want to go on but all I have left to offer is the desperate love of a little sister who doesn't want to see her big sister suffer any more than she already has. This is why I beg of you please don't put my sister away. She has always taught us…showed us, how to smile in difficult times but I am sorry to say none of us will have the ability to smile without our sister.

If you have any question or would wish to speak to me you can contact me at 303-913-2013 or nmolinar26@aol.com.


Sincerely,


Nicole Molinar-Lopez

March 28, 2016

Honorable Christine Arguello
The United States District Court
District of Colorado
901 19th Street
Denver, CO 80294-3589

**Subject: Character Reference for Renee Molinar**

Dear Judge Arguello:
I am writing on behalf of Renee Molinar, my sister-in-law. I met Renee just over 2 years ago and since then I've come to know a very genuine, caring, honest and straight forward person who I am also so very proud to call my friend. I'm married to her sister, Joette. In the time I've spent as part of the Molinar family I've learned a lot about all of them, past and present: the sorted details of which I believe play a rather huge role in the events that have led up to this day.

As a survivor of childhood abuse I always say "it takes one to know one" and this could not be more true. Renee is one of the sweetest and outwardly happiest persons I know but behind that there is a lifetime of abuse, self-loathing, low self-esteem and confusion. A little girl who was used then abandoned when she most needed the help of those who were supposed to love and care for her who then became a teenager who had to learn to take care of herself and her younger siblings who then became a young woman desperately looking for the love and protection she was not given as a child.

I'm not a doctor. I have no degree in the science of the mind or the heart. All I know is what I've learned in 40 plus years and it is this: we are all products of our environment. Yes there does come a time when we learn the difference between right and wrong but when there is no guidance on how to decipher which is which as we go along then it takes some of us a little longer than others. Add to that mix a person who has a very commanding presence and more importantly is very manipulative and controlling, Tim Hershey.

I've never met Tim. But I've heard more than enough about him (from far more people than the Molinar family) to know he's a very familiar personality type, unfortunately one I know all too well. A commanding presence that is equally as manipulative as he is controlling. His kind are masters at seeking out women like Renee who are so desperate to be loved and guided by someone who appears to have a good head on

his shoulders which is what she sorely missed not having her father around. From all accounts Tim appears to be the type of person who wants to own and rule it all. But Renee is as far from that type as you can imagine.

Since I've known Renee I have admired her humble and simple nature. Give her a television with a ball game playing on it and a few darts to throw at the local tavern once a week along with a couple beers and a good old fashioned burger with family and friends and you will see the biggest smile on her face. Aside from that all I've ever seen her do is work. She works her tail off! She pours her entire self into the store and everyone appreciates her for it. Not a single customer makes it two steps through the doors of that store without saying "Hey, Renee!" with a jolly smile on their face. This is because at one time or another (many would be more like it) she has helped each and every one of these people and never asked for a thing in return, even when times were hard for her. This is the Renee we all know and love.

I could go on and on about how amazing she is but I think I've made my point so I'll end with this: mistakes have been made. Some might find it very easy to throw stones but having walked in very similar shoes I know all too well how painful it is too look back at all the mistakes I've made in my adult life and wonder what the Hell was I thinking? Regardless of your decision today, Renee has and will continue to learn many hard lessons from this situation. So my one and only hope is that you take that into consideration and show lenience in your decision.

Thank you so very much for the opportunity to share this with you.

Respectfully,


Joel Suttles

April 1, 2016

Honorable Christine Arguello
The United States District Court
District of Colorado
901 19th Street
Denver, CO 80294-3589

**Subject:  Character Reference for Renee Molinar**

Dear Judge Arguello,

My name is Jesse Molinar Jr.  I was raised in, and currently live in Johnstown, Colorado.  I am a father of three boys, and work as a career firefighter with the City of Westminster, part time Fire Marshal for our local fire department, and have been a member of our Town Council for eight years.  Much of my family lives here in our close knit community.
Renee Molinar is a close cousin of mine, and has been a good friend for many years.  We have shared many memories at family gatherings, breakfasts at grandma's, school functions, and gatherings with mutual friends.  I have worked with her in a professional capacity also.  Prior to my current profession, I worked for a beer distributor and delivered product to the store where she works.  Renee was always professional and took great care in the managing of the store.
Also, Renee has worked with the town council and fire department to ensure compliance for annual liquor licensing and fire code compliance for the store.  She has always been honest, and caring for the employees and customers of the business.

Renee has always been a wonderful family member, hard worker, great friend to all, and self-motivator.  I remember as a child visiting our grandma and grandpa with my dad.  Renee lived with and cared for our grandparents.  She was always there to help with cooking, cleaning, and getting grandma to doctors' appointments.  She has also been a wonderful big sister to her younger siblings.  When my aunt was in need of help raising the younger ones, Renee was there.  She continues supporting her many nieces and nephews whether she is caring for them, supporting at sporting events or just offering sage advice.
I remember watching Renee playing school sports, working hard, and being a great teammate.  She has been a good role model for the younger cousins to strive to be a good student, work hard, and be part of a team that is greater together than ourselves as a single.
Although Renee is always busy working or helping family, she always finds time to support and be a great friend.  Growing up in our small community, we have had many mutual friends.  There have been many times that a close friend has had a hardship, and she has been there with support, a helping hand, or shoulder to cry on.
Renee continues to be a hard worker and provider to her family members.  I believe that her current legal situation is not of malicious intent, but now understands there were mistakes made.  I know that Renee would like to take the positive, learn from this bad experience, and continue to be an active member of our community.  I also believe that a prison term would create hardships and have an adverse effect on the family.
Please consider all of this in my request for leniency for Renee.

M

If you have further questions or need additional information please feel free to contact me at 970-539-5207 or jmolinarjr@yahoo.com.

Respectfully,


Jesse Molinar Jr.
700 Charlotte Street
Johnstown, Co 80534
970-539-5207
jmolinarjr@yahoo.com

April 3, 2016

Honorable Christine Arguello
The United States District Court
District of Colorado
901 19th Street
Denver, CO 80294-3589

Subject:  Character Reference for Renee Molinar

Dear Judge Arguello,

My name is Sammy Olguin. I'll be 17 in July. Renee is my aunt, my mom's sister. I don't have much to offer but this…my aunt Renee is the most amazing person I know. Since I was little all I have ever seen her do is help everyone in our family. She never expects anything in return. She gave my mother and I a place to stay when we had nowhere else to go and we weren't the only ones. In fact she is still helping us right now because my mom's car has failed, so she is letting us borrow her car.

I don't know the full aspect of her situation but just the little I have heard from mother and my other aunts talking. I know my aunt is a very honest person but everyone makes mistakes and she put trust into someone who was not as honest. My aunt Renee is very well known and liked in our community and if you would ask anyone they would tell you the same. She has always been a hard worker, missing multiple family holidays to work so other employees could be with their families. She is a very selfless person.

I made a mistake of getting a speeding ticket when first got my license and my aunt Renee was kind enough to let me work at the store bagging ice so that I could pay my mom back for the mistake I made. I have learned a lot from my aunt as an individual.  I would not be who I am today without her.

All the above said, I don't believe my aunt Renee should go to prison. I believe people should pay for their wrong doings but in this case I don't believe prison is the right form of punishment.

If you have any questions you can contact me at s_molinar@yahoo.com or contact my mother Joette Molinar at 970-381-6456.

Sincerely,


Sammy Olguin

To whom it may concern;

We are writing this letter on behalf of Renee Molinar whom we have known as a business associate as well as a personal friend, for over 30 years.

Prior to her meeting Tim, she was financially independent, law abiding and proud of her responsible lifestyle. She is an outstanding citizen in our community who is always willing to help others such as our local youth sports and high school after prom events. Her current situation troubles us greatly; we feel that she was unknowingly taken advantage of with her partner who showed to be unethical in his business practices.

She is now trying to do the right thing and regain her upstanding business reputation. Please take this in consideration as you render your decision regarding her liability in this situation.

Thank you


Scott & Jodi Weber

Johnstown, Colorado

March 23, 2016

To Whom It May Concern:

I am writing this letter on behalf of Renee Molinar, who I have known most of my life, for the past 36 years. We met in while middle school and have been good friends and in contact since that time. I get the opportunity to see Renee sporadically throughout the year, in addition to special occasions such as family weddings, baby showers, graduations, etc.

I can confirm that Renee Molinar is a person of integrity and is extremely dedicated to her family and ideal work ethic. She has gone out of her way to help many people, giving what she had, even when she herself-had nothing. I have only known Renee to peace loving, non-confrontational and anything but materialistic. Renee is tirelessly hard-working, putting in innumerable hours to be able to care for those she loves.

Not only do I love Renee like a sister, I respect her. I am honored to provide a reference to her character and hope I help you to understand what an honest, kind and giving individual she is. I can only say good things about Renee. If asked to list her faults, I would accuse her of trusting too much and loving too deeply. But, these are the very traits that make her who she is. They are the reason that she is loved by so many and the reason she has my devoted support, always.

If I can answer any questions for you, please contact me personally at 970-443-0927; or email: jt5595@msn.com.

Sincerely,

Jenny Wood

## Amanda Cruser

**From:** Rosa [rordgz.38@comcast.net]
**Sent:** Thursday, March 31, 2016 7:03 PM
**To:** abcruser@vfblaw.com
**Subject:** Renee Molinar

To whom it may concern:
I'm writing in regards to Renee Molinar from Johnstown.  I've known Renee for over 40 years we grew up in the same town and graduated from high school together. She has alway been active in sports and later as an adult continue supporting the schools activities. She is well known and respected as person and business owner.  Please take into consideration that she is a nice and respectful person that has done a lot for the Johnstown/Milliken community.
Thank you!

Rosa Rodriguez
3338 Costanita St Evans, Co 80620
970-397-5502

Sent from my iPhone

1